AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

Received
U.S. Marshals Service
Abingdon, VA
8:58 am, Jun 05 2020

United States of America
v.

COLE CARINI

*Defendant*

Case No. 1:20MJ84

CLERKS OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

6/5/20
JULIA C. DUDLEY, CLERK
BY: s/ ELLA SURBER
DEPUTY CLERK

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* COLE CARINI,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 USC 1001(a)(2) - false statements in a matter within the jurisdiction of the United States

Date: 6/4/20

*Issuing officer's signature*

City and state: Abingdon, VA

Pamela Meade Sargent, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 06/04/2020, and the person was arrested on *(date)* 06/04/2020
at *(city and state)* W/ VA.

Date: 06/05/2020

James Satterwhtie, ASDUSM
*Arresting officer's signature*

Jim Satterwhite, USMS for FBI
*Printed name and title*