**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF VIRGINIA**
**ABINGDON DIVISION**

**CRIMINAL MINUTES - INITIAL APPEARANCE – COMPLAINT – VIDEO CONFERENCE**

**Case No.:  1:20MJ84**                              **Date:  6/5/20**

**Defendant: Cole Carini; custody**                  **Counsel:  None**

PRESENT:  JUDGE:           Pamela Meade Sargent   TIME IN COURT: 10:00 – 10:20=20 min
          Deputy Clerk:    Ella Surber
          Court Reporter:  Judy Webb
          U. S. Attorney:  Zachary Lee
          USPO:            Ryan Thayer
          Case Agent:      Neil Schimke
          Interpreter:     N/A

## INITIAL APPEARANCE

☒  Initial Appearance.  Defendant(s) advised of right to have an in person hearing.  Defendant waives his right and wants to proceed. Defendant advised of charges, rights and nature of proceedings.
☐  Government moves to unseal case.  Court grants or denies motion.
☒  Defendant requests appointment of counsel.  CJA 23 to be completed; and if he qualifies, counsel to be appointed.
☒  Defendant to next appear for a preliminary hearing.  Hearing to be set when counsel is appointed.
☐  Government has no objection to defendant being released on bond.
☐  Deft. released on bond.  Bond set at  .  Appearance bond and Order Setting Conditions of Release to follow.
☒  Government moves for detention
☒  Defendant moves for continuance of detention hearing.
☒  Detention hearing to be set when counsel is appointed .
☐  Detention hearing held.
☐  Findings of Fact:
☒  Deft. remanded to custody.  Orders to follow:  Temporary Detention Order