CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

JUN 22 2020

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 1:20CR15 |
| | : | |
| COLE CARINI | : | Violations: 18 U.S.C. § 1001 |
| | : | 26 U.S.C. § 5861 |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

1. On or about June 2, 2020 and June 3, 2020, in the Western District of Virginia and elsewhere, COLE CARINI, in a matter within the jurisdiction of the executive branch of the Government of the United States, knowingly and willfully made materially false, fictitious, and fraudulent statements and representations.

2. On or about June 2, 2020, COLE CARINI reported to the Clinch Valley Medical Center in Richlands, Virginia with extensive and significant injuries to his hands from an apparent explosion. Upon being questioned by medical personnel and law enforcement COLE CARINI stated he had been injured in a lawn mowing accident.

3. On or about June 3, 2020, in Roanoke, Virginia, COLE CARINI was interviewed by a Special Agent of the Federal Bureau of Investigation how he had been injured and whether or not he possessed explosives at his residence. COLE CARINI stated he had been injured in a lawn mowing accident and that there were no explosives in his residence.

4. At the time of the aforementioned interviews, COLE CARINI knew that in fact his hands had been injured by an explosion and not a lawn mowing accident. Additionally, COLE

*USAO# 2020R00362*

CARINI knew that he possessed large amounts of explosive materials in his residence, namely, Triacetone Triperoxide (TATP) and other materials which he was using to make improvised explosive devices.

5. The Federal Bureau of Investigation is an agency of the executive branch of the Government of the United States.

6. All in violation of Title 18, United States Code, Section 1001(a)(2).

## COUNT TWO

1. On or about June 2, 2020, in the Western District of Virginia and elsewhere, COLE CARINI knowingly manufactured and possessed a destructive device, as defined in 26 U.S.C. § 5845(a) & (f), to wit, a pressure cooker bomb, not registered to him in the National Firearms Registration and Transfer Record.

2. All in violation of Title 26, United States Code, Section 5861(d) & (f).

A TRUE BILL, this ____22____ day of June 2020.

/s/Grand Jury Foreperson

_Thomas T. Cullen_
THOMAS T. CULLEN
by  United States Attorney

USAO# 2020R00362