IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

CRIMINAL MINUTES - ARRAIGNMENT

Case No.: 1:20CR15          Date: 7/16/20

**Defendant:** Cole Carini; custody          **Counsel:** John Stanford; AFPD

PRESENT:
- JUDGE: Pamela Meade Sargent    TIME IN COURT: 1:29 – 1:39=10 min
- Deputy Clerk: Ella Surber
- Court Reporter: Mary Butenschoen
- U. S. Attorney: Whit Pierce
- USPO: None Present
- Case Agent: Not Present
- Interpreter: N/A

☒ Defendant advised of right to have an in person hearing; defendant waives this right and requests to proceed.
☐ Juvenile Information filed with Certificate of U. S. Attorney that State Court refuses jurisdiction.
☐ Defendant states that true name is Defendant name. Defendant given copy of Indictment or Information.
☒ Defendant(s) waives reading of Indictment or Information .
☐ Indictment or Information read.
☒ Defendant(s) is arraigned and specifically advised of rights (Rule 11 F.R.C.P).

DEFENDANT(S) PLEADS:

| DEF. # | GUILTY | NOT GUILTY | NOLO | REMARKS |
|---|---|---|---|---|
| 1 |  | All Counts |  |  |
| 2 |  |  |  |  |
| 3 |  |  |  |  |
| 4 |  |  |  |  |

☒ Jury trial set for 12/9/20 – 12/11/20 at 9:00 a.m. – set outside speedy trial at request of defendant.
☐ Trial to be set by Clerk upon arrest of all defendants.
☒ Pretrial conference set for 11/20/20 at 11:00 a.m..
☒ Defendant(s) remanded to custody.
☐ Defendant(s) released on bond.

Additional Information: