IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Case No: 1:20cr00015 |
| | ) |
| COLE CARINI | ) |
|       Defendant. | ) |

**WAIVER OF SPEEDY TRIAL**

I, Cole Carinia, hereby waive my rights under the Speedy Trial Act and expressly consent to the trial of my case being set outside the 70-day time limit imposed under said Act.

_____
Cole Carini, Defendant

_____
John T. Stanford, Counsel for Defendant

07/16/2020
Date