# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ABINGDON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.  ) | Case No. 1:20cr00015 |
| ) | |
| **COLE CARINI,** ) | **ORDER** |
| **Defendant,** ) | |

This matter is before the court on oral motions to schedule the jury trial of this matter outside of the time requirements of the Speedy Trial act, made jointly by the Government and defendant, ("Motions"). Upon consideration of the Motions, the Motions are **GRANTED**, and it is **ORDERED** that the jury trial of the charges against the defendant is **CONTINUED** to December 9-11, 2020. The court finds that the ends of justice served by the granting of a continuance of the defendant's trial outweigh the best interests of the public and the defendant in a speedy trial. The court makes this finding because a failure to grant this continuance would deny counsel adequate time to effectively defend this case, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv). Accordingly, it is **ORDERED** that the trial and Speedy Trial Act time in this case is continued until December 9-11, 2020.

**ENTER**: July 17, 2020.

/s/ *Pamela Meade Sargent*
UNITED STATES MAGISTRATE JUDGE