# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
# ABINGDON

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE No.: 1:20cr00015 |
| ) | |
| COLE CARINI ) | |

## AGREED ORDER REGARDING DISCOVERY

Pursuant to Federal Rule of Criminal Procedure 16.1, the parties have conferred and agree as follows:

The Government will disclose materials required by Federal Rule of Criminal Procedure 16 no later than August 6, 2020.

The defendant will disclose reciprocal discovery required by Federal Rule of Criminal Procedure 16 no later than August 27, 2020.

To the extent that the defendant seeks disclosure of material described in *Brady v. Maryland*, 373 U.S. 83 (1963), and related cases, including *United States v. Giglio*, 405 U.S. 150 (1972) (impeachment evidence), the Government's obligations to produce these materials in a timely manner exist regardless of any specific direction by the court. *See United States v. Holmes*, 722 F.2d 37, 41 (4th Cir. 1983).

The parties are required by Federal Rule of Criminal Procedure 16(c) to make additional disclosures promptly upon discovery of additional discovery materials.

Defense counsel and counsel for the Government have agreed to the entry of this Order.

Upon due consideration of the parties' Federal Rule of Criminal Procedure 16.1 Agreement, and it appearing proper, **IT IS SO ORDERED**.

**ENTERED:** July 17, 2020.

/s/ *Pamela Meade Sargent*
UNITED STATES MAGISTRATE JUDGE