| AO 435 (Rev. 04/18; WDVA Rev. 02/19) | ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS **TRANSCRIPT ORDER FORM** | | **FOR COURT USE ONLY** **DUE DATE:** |
|---|---|---|---|

*Please Read Instructions on Page 2.*

| 1. **REQUESTOR'S INFORMATION:** | NAME **John Stanford** | | TELEPHONE NUMBER **276-619-6080** |
|---|---|---|---|
| DATE OF REQUEST **7.21.2020** | EMAIL ADDRESS (*Transcript will be emailed to this address.*) **john.stanford@fd.org** | | |
| MAILING ADDRESS **201 Abingdon Place** | | | CITY, STATE, ZIP CODE **24211** |
| 2. **TRANSCRIPT REQUESTED:** | NAME OF COURT REPORTER **Donna Prather** <br> OR  CHECK HERE ☐ IF HEARING WAS RECORDED BY FTR | | |
| CASE NUMBER **1:20cr15** | CASE NAME **US v. Cole Carini** | | JUDGE'S NAME **Sargent** |
| DATE(S) OF PROCEEDING(S) **6.17.2020** | TYPE OF PROCEEDING(S) **Detention Hearing** | | LOCATION OF PROCEEDING **Abingdon** |

REQUEST IS FOR: (*Select one*)  ☑ FULL PROCEEDING   OR   ☐ SPECIFIC PORTION(S) (*Must specify below*)

SPECIFIC PORTION(S) REQUESTED (*If applicable*):

3. **SERVICE TURNAROUND CATEGORY REQUESTED:**
(*See Page 2 for descriptions of each service turnaround category.*)

☑ Ordinary (30-Day)    ☐ Daily
☐ 14-Day               ☐ Hourly
☐ Expedited (7-Day)    ☐ RealTime
☐ 3-Day

4. **CERTIFICATION:** By signing below, I certify that I will pay all charges (deposit plus additional).

| DATE **7.21.2020** | SIGNATURE **s/John Stanford** |
|---|---|

If you have any questions, please contact the court reporter coordinator at (434) 847-5722 or by email to CRC@vawd.uscourts.gov.

**Transcript Fee Rates can be found on our website under Standing Orders at:**
http://www.vawd.uscourts.gov/media/1576/transcripts2018-3.pdf

**NOTE:** Form must be flattened prior to electronically filing in CM/ECF so that all fillable fields can no longer be modified.

**PRINT**    **RESET FORM**