# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
## ABINGDON DIVISION

## CRIMINAL MINUTES - GUILTY PLEA HEARING

**Case No.:** 1:20CR00015-001                                                                 **Date:** 1/11/2021

**Defendant:** Cole Carini / Custody                    **Counsel:** John T. Stanford / Appointed

| PRESENT: | JUDGE: | James P. Jones, USDJ | TIME IN COURT: 9:57-10:43 a. m. (46 minutes) |
|---|---|---|---|
| | Deputy Clerk: | Lottie Lunsford | |
| | Court Reporter: | Donna Prater, OCR | |
| | U. S. Attorney: | Whit Pierce, Zachary T. Lee | |
| | USPO: | Summer Taylor Sargent | |
| | Case Agent: | N/A | |
| | Interpreter: | N/A | |

**PROCEEDINGS:**
All parties appearing via video conference.
Court inquiries of defendant re: consent to proceed via video conference. Defendant does so consent.
Court states findings pursuant to the CARES Act.
Plea Agreement filed with court.
Defendant placed under oath.  Court questions defendant regarding his physical and mental condition, and advises defendant of his rights, and the nature and possible consequences of plea.
Court accepts plea of guilty but defers acceptance of the plea agreement until after a presentence investigation report has been prepared.
Government summarizes evidence to support plea and rests.
Court finds defendant guilty as charged in Count Two (2)

**DEFENDANT PLEADS:**
**(list counts)**

| DEF. # | GUILTY | NOT GUILTY | NOLO | REMARKS |
|---|---|---|---|---|
| 1 | Ct. 2 | | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |

Court orders Presentence Report.
Defendant remanded to custody.
Sentencing hearing scheduled for April 13, 2021 at 10:30 a. m. in Abingdon, Virginia  before James P. Jones.