# Exhibit 1

**Author** (Facebook: 100025020840175)
**Sent** 2018-11-17 01:42:43 UTC
**Body** It's all good

**Author** Cole Carini (Facebook: 100000735792326)
**Sent** 2018-11-17 01:42:45 UTC
**Body** But yeah I normaly have no emotion even when I should so for me to form a bond with another human is a big deal

**Author** Cole Carini (Facebook: 100000735792326)
**Sent** 2018-11-17 01:44:27 UTC
**Body** Meth does get me happy and bubbly that's why I got so obsessed with it because nothing else in life has an emotional response exept thrills of explosions or something extreame

**Author** Cole Carini (Facebook: 100000735792326)
**Sent** 2018-11-17 01:45:26 UTC
**Body** You somehow became one of those few things my mind reacts to emotionally

**Author** Cole Carini (Facebook: 100000735792326)
**Sent** 2018-11-17 01:46:10 UTC
**Body** So it's full forced like all guns blazing

**Author** Cole Carini (Facebook: 100000735792326)
**Sent** 2018-11-17 01:47:01 UTC
**Body** Because un like normal people my mind doesn't normally have any of that

**Author** Cole Carini (Facebook: 100000735792326)
**Sent** 2018-11-17 01:47:36 UTC
**Body** But when it does yeah it's really really caring

**Author** (Facebook: 100025020840175)
**Sent** 2018-11-17 01:48:54 UTC
**Body** Yeah hey understand. You don't have to expla

**Author** Cole Carini (Facebook: 100000735792326)
**Sent** 2018-11-17 01:50:15 UTC
**Body** My caring doesn't always look like caring   I try to hide it to noot seem vonetable plus that's the man,or macho code

**Author** Cole Carini (Facebook: 100000735792326)
**Sent** 2018-11-17 01:50:41 UTC
**Body** To not seem vonerable

**Author** Cole Carini (Facebook: 100000735792326)
**Sent** 2018-11-17 03:08:47 UTC
**Body** in my imagination I never actually wanted to kiss a girl, other more out there ideas always had the spot light. in fact even the teeth thing probably had more actual punch, but the kissing thing was about conforming

**Author** Cole Carini (Facebook: 100000735792326)
**Sent** 2018-11-17 03:09:33 UTC
**Body** I should show you some of my plants they are good ones

**Author** Cole Carini (Facebook: 100000735792326)