# Exhibit 3

# INCIDENT REPORT
## COMMONWEALTH OF VIRGINIA

**INCIDENT**

| 1-PAGE # | 2-ORI NO. |
|---|---|
| 1 | VA0920000 |

**3-INCIDENT NUMBER**
2016000043

**4-DATE(S) OF INCIDENT** 5-R
01/01/2016

**13-SOLVABILITY FACTORS:** (Max. 1)
- ☐ (1) Suspect Named
- ☐ (2) Witness to Crime
- ☐ (3) Property Traceable
- ☐ (4) Unique M.O.
- ☐ (5) Suspect Identified
- ☐ (6) Susp. Vehicle Identified
- ☐ (7) Significant Evidence

**7-TIME(S) OF INCIDENT**
14:19

**8-DAY(S) OF INCIDENT**
Friday

**9-DISPATCHER**
CCordle

| 10-TIME RECEIVED | 11-TIME ARRIVED | 12-REPORTING AREA |
|---|---|---|
| 14:29 | 15:08 | |

**14-INTERNAL INCIDENT STATUS:**
- ☐ (1) Unfounded
- ☐ (2) Cleared by Arrest
- ☐ (3) Pending
- ☐ (4) Inactive

**16-EXCEPT. CLEAR. DATE**

**17-TEMP.:**

**15-EXCEPTIONAL CLEARANCE STATUS:**
- ☐ (A) Death Of Offender
- ☐ (B) Prosecution Declined
- ☐ (C) Extradition Declined
- ☐ (D) Refused To Cooperate
- ☐ (E) Juvenile, No Custody
- ☐ (N) Not Applicable

**18-WEATHER:** (Max. 1)
☐ (1) Clear  ☐ (2) Cloudy  ☐ (3) Rain
☐ (4) Snow  ☐ (5) Other  ☐ (6) Unk.

| 19-OFFENSE # | 20-UCR CODE | 21-OFFENSE STATUS: | 22-OFFENDER USED: (N) Not Applicable | 23-Burglary (220) Location 14&19: | 24-FORCED ENTRY? |
|---|---|---|---|---|---|
| 1 | 90Z | ☐ (A) Attempted ■ (C) Completed | ☐ (A) Alcohol ☐ (C) Cptr. Equip. ☐ (D) Drugs | # PREMISES ENTERED? | ☐ Yes ☐ No |

**25-OFFENSE NAME**
Manufacture Explosive Devises

**26-ADDRESS OF OFFENSE**
174 Holy Road, Richlands, VA 24641

**27-DIRECTION OF TRAVEL:**
☐ N ☐ S ☐ E ☐ W ☐ UNK.

**OFFENSE**

**28-LOCATION CODE** (Enter 1)
- ☐ (01) Air/Bus/Train Terminal
- ☐ (02) Bank/Savings & Loan
- ☐ (03) Bar/Night Club
- ☐ (04) Church/Synagogue/Temple
- ☐ (05) Commercial/Office Building
- ☐ (06) Construction Site
- ☐ (07) Convenience Store
- ☐ (08) Department Discount Store
- ☐ (09) Drug Store/DR's Office/Hospital
- ☐ (10) Field/Woods
- ☐ (11) Government/Public Building
- ☐ (12) Grocery/Supermarket
- ☐ (13) Highway/Road/Alley
- ☐ (14) Hotel/Motel/Etc.
- ☐ (15) Jail/Penitentiary
- ☐ (16) Lake/Waterway
- ☐ (17) Liquor Store
- ☐ (18) Parking Lot/Garage
- ☐ (19) Rental/Storage Facility
- ■ (20) Residence/Home
- ☐ (21) Restaurant
- ☐ (22) School/College
- ☐ (23) Service/Gas Station
- ☐ (24) Specialty Store (TV,Fur,Etc.)
- ☐ (25) Other/Unknown

**29-WEAPON FORCE:** (Max. 3)
( For 11-15, place "A" in space next to box if weapon was an Automatic.)
- ☐ (11) Firearm (Type not stated)
- ☐ (12) Handgun
- ☐ (13) Rifle
- ☐ (14) Shotgun
- ☐ (15) Other Firearm
- ☐ (20) Knife/Cutting Instru. (Ax, etc.)
- ☐ (30) Blunt Object (Club, etc.)
- ☐ (35) Motor Vehicle (As weapon)
- ☐ (40) Personal Weapons (Hands, etc.)
- ☐ (50) Poison
- ☐ (60) Explosives
- ☐ (65) Fire/Incendiary Device
- ☐ (70) Narcotics/Drugs/ Sleeping Pills
- ☐ (85) Asphyxiation
- ☐ (90) Other ____
- ☐ (95) Unknown
- ☐ (99) None

**30-TYPE CRIMINAL ACTIVITY:** (Max. 3)
- ☐ (B) Buying
- ☐ (C) Cultivate/Manufacture/Publish
- ☐ (D) Distributing/Selling
- ☐ (E) Exploiting Children
- ☐ (O) Operating/Promoting/Assisting
- ☐ (P) Possessing/Concealing
- ☐ (T) Transport/Transmit/Import
- ☐ (U) Using/Consuming

**31-TYPE SECURITY:** (Max. 2)
- ☐ (A) Alarm/Audio
- ☐ (B) Alarm/Silent
- ☐ (C) Bars/Grate
- ☐ (D) Camera
- ☐ (E) Dog
- ☐ (F) Dead Bolt
- ☐ (G) Locked
- ☐ (H) Unlocked
- ☐ (I) Ext. Lights
- ☐ (J) Int. Lights
- ☐ (K) Fence
- ☐ (L) Guard
- ☐ (M) Neighborhd. Watch
- ☐ (N) Other ____
- ☐ (O) None

**32-ENTRY/EXIT:** (Max. 2 entry, 2 exit)
En Ex
- ☐ ☐ (01) Front
- ☐ ☐ (02) Rear
- ☐ ☐ (03) Side
- ☐ ☐ (04) Attic
- ☐ ☐ (05) Vent/A.C
- ☐ ☐ (06) Window
- ☐ ☐ (07) Door
- ☐ ☐ (08) Patio/Sliding Dr.
- ☐ ☐ (09) Balcony/Fire Escape

En Ex
- ☐ ☐ (10) Attached Garage
- ☐ ☐ (11) Wall
- ☐ ☐ (12) Vehicle
- ☐ ☐ (13) Floor
- ☐ ☐ (14) Roof/Skylight
- ☐ ☐ (15) Hidden Within
- ☐ ☐ (16) Other ____
- ☐ ☐ (17) Unknown

**33-HOW LEFT SCENE:** (enter 1)
- ☐ (1) Auto
- ☐ (2) Truck
- ☐ (3) Van
- ☐ (4) Motorcycle
- ☐ (5) Bicycle
- ☐ (6) Foot
- ☐ (7) Moped
- ☐ (8) Other ____
- ☐ (9) Unknown

**34-WHICH OFFENDERS ARE RELATED TO THIS OFFENSE?:** (mark offender #s):
■ #1  ☐ #2  ☐ #3  ☐ #4  ☐ #5  ☐ #6  ☐ #7  ☐ #8  ☐ #9  ☐ #10 others: ___

**35-BIAS MOTIVATED CRIME:**
88 - None (No Bias)

**VICTIM**

| 36-VICTIM # | 37-NAME: Last, | First, | Middle | 38-SOC. SEC. NO. | 39-DATE OF BIRTH |
|---|---|---|---|---|---|
| 1 | Society/Public | | | | |

**40-RESIDENT ADDRESS:** Street   City   State   **41-ZIP**

**42-OCCUPATION**

**43-RESIDENT PHONE**

**44-EMPLOYMENT PHONE**

**45-SEX:**
☐ (M) Male  ☐ (F) Female  ☐ (U) Unknown

**46-ETHNIC:**
☐ (H) Hispanic  ☐ (N) Nonhispanic  ☐ (U) Unknown

**47-AGE:**
Exact Age ____
Range __ / __
- ☐ (NN) Under 24 Hrs. Old
- ☐ (NB) 1-6 Days Old
- ☐ (BB) 7-364 Days Old
- ☐ (99) Over 98 Yrs. Old
- ☐ (00) Unknown

**48-RACE:**
☐ (W) White  ☐ (I) American Indian  ☐ (U) Unknown
☐ (B) Black  ☐ (A) Asian/Pacific Islander

**49-RES. STATUS:**
☐ (R) Resident  ☐ (N) Nonresident  ☐ (U) Unknown

**50-VICTIM TYPE:** ☐ (I) Individual  ☐ (B) Business  ☐ (F) Financial Institution  ☐ (U) Unknown
☐ (G) Government  ☐ (R) Religious  ■ (S) Society/Public  ☐ (O) Other  ☐ (L) L. E. Officer

**51-VICTIM INJURY:** (Max. 5)  ☐ (M) Apparent Minor Injury
- ☐ (N) None
- ☐ (B) Apparent Broken Bones
- ☐ (I) Possible Internal Injury
- ☐ (L) Severe Laceration
- ☐ (O) Other Major Injury
- ☐ (T) Loss of Teeth
- ☐ (U) Unconsciousness

**52-THIS VICTIM RELATED TO WHICH OFFENSES?**
☐ #1  ☐ #4  ☐ #7  ☐ #10
☐ #2  ☐ #5  ☐ #8  others:
☐ #3  ☐ #6  ☐ #9

**53-RELATIONSHIP OF THIS VICTIM TO OFFENDERS:**
(check relationship under appropriate offender number)

| | #1 | #2 | #3 | #4 | #5 | #6 | #7 | #8 | #9 | #10 | VICTIM WAS: |
|---|---|---|---|---|---|---|---|---|---|---|---|
| (SE) Spouse | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | |
| (CS) Common-Law Spouse | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | |
| (PA) Parent | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | |
| (SB) Sibling | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | |
| (CH) Child | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | |
| (GP) Grandparent | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | |
| (GC) Grandchild | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | |
| (IL) In-Law | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | |
| (SP) Stepparent | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | |
| (SC) Stepchild | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | |
| (SS) Stepsibling | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | |
| (OF) Other Family Member | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | |
| (AQ) Acquaintance | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | |
| (FR) Friend | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | |
| (NE) Neighbor | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | |
| (BE) Babysittee (baby) | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | |
| (BG) Boyfriend/Girlfriend | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | |
| (CF) Child of Boyfriend/Girlfriend | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | |
| (HR) Homosexual Relationship | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | |
| (XS) Ex-Spouse | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | |
| (EE) Employee | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | |
| (ER) Employer | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | |
| (OK) Otherwise Known | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | |
| (RU) Relationship Unknown | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | |
| (ST) Stranger | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | |
| (VO) Victim was Offender | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | |

**AGGRAVATED ASSAULT/HOMICIDE CIRCUMSTANCES**

**54-Aggravated Assault/Murder:** (max. 2)
- ☐ (01) Argument
- ☐ (02) Assault On Law Enf. Officer
- ☐ (03) Drug Dealing
- ☐ (04) Gangland
- ☐ (05) Juvenile Gang
- ☐ (06) Lover's Quarrel
- ☐ (07) Mercy Killing
- ☐ (08) Other Felony Involved
- ☐ (09) Other Circumstances
- ☐ (10) Unknown Circumstances

**54-Negligent Manslaughter:** (max. 2)
- ☐ (30) Child Playing With Weapon
- ☐ (31) Gun-Cleaning Accident
- ☐ (32) Hunting Accident
- ☐ (33) Other Negligent Weapon Handling
- ☐ (34) Other Negligent Killings

**54-Justifiable Homicide:** (enter 1)
- ☐ (20) Criminal Killed by Private Citizen
- ☐ (21) Criminal Killed by Police Officer

**57-ADDITIONAL JUSTIFIABLE HOMICIDE CIRC.:** (enter 1)
- ☐ (A) Criminal Attacked Police Officer
- ☐ (B) Criminal Attacked Fellow Police Officer
- ☐ (C) Criminal Attacked Civilian
- ☐ (D) Criminal Attempted Flight from a Crime
- ☐ (E) Criminal Killed in Commission of a Crime
- ☐ (F) Criminal Resisted Arrest
- ☐ (G) Unable to Determine/Not Enough Information

**ADM**

| 58-REPORT DATE | 59-DAY | 60-TIME (Military) | 61-REPORTING OFFICER | 62-CODE # | 63-APPROVING SUPERVISOR | 64-CODE # | 65-DATE APPROVED |
|---|---|---|---|---|---|---|---|
| 01/01/2016 | Fri | 15:00 | Sgt. Stephen Turner | s0152 | Lt. Charles McNerlin | s094 | 01/04/2016 |

# INCIDENT REPORT
COMMONWEALTH OF VIRGINIA

| 71-PAGE # | 72-DATE | 73-INCIDENT NUMBER | 74-ORI# ("B") | 75-REPORTING OFFICER | | 76-CODE # | 77-VICTIM NAME |
|---|---|---|---|---|---|---|---|
| 2 | 01/01/2016 | 2016000043 | VA0920000 | Sgt. Stephen Turner | | s0152 | Society/Public |

**AD**

### OFFENDER / ARRESTEE

| 78-ARRESTEE # | 79-NAME   Last, | | First, | | Middle, | | 80-AKA |
|---|---|---|---|---|---|---|---|
| 1 | Carini, Cole Alexander | | | | | | |

| 81-OFFENDER # | 82-RESIDENT ADDRESS   Street | City | State | 83-Zip | 84-DATE OF BIRTH |
|---|---|---|---|---|---|
| 1 | 190 Holy Road, Richlands, VA | | | 24641 | 08/16/1996 |

| 85-RESIDENT PHONE | 86-EMPLOYMENT/SCHOOL PHONE | 87-DRIVER'S LICENSE | 88-DR. LI. STATE | 89-SSN |
|---|---|---|---|---|
| (276) 345-4680 | | | | 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 |

| 90-ARREST LOCATION | 91-OCCUPATION | 92-PLACE OF EMPLOYMENT | 93-ARREST TYPE: ☐ (O) On View Arrest |
|---|---|---|---|
| | Student | Richlands High School | ☐ (S) Summons/Cited   ☐ (T) Taken Into Cust. |

| 94-SEX: ■ (M) Male ☐ (F) Female ☐ (U) Unk. | 97-AGE: EXACT AGE 19 | 103-MULT. ARREST INDIC.: | ☐ (M) Multiple | 105-WEAPONS AT ARREST: (Max. 2) (Place "A" in blank if automatic) |
|---|---|---|---|---|
| 95-ETHNIC: ☐ (H) Hispanic ■ (N) Nonhisp. ☐ (U) Unk. | AGE RANGE: ___ to ___ | ☐ (C) Count Arrestee | ☐ (N) N/A | ☐ (01) Unarmed   ☐ (16) Illegal Cutting Instr. |
| 96-RACE ■ (W) White ☐ (B) Black ☐ (I) American Indian | ☐ (99) Over 98 Yrs. Old | 104-DISPOSITION OF JUVENILE: | | ☐ (11) Firearm |
| ☐ (A) Asian/Pacific Islander ☐ (U) Unknown | ☐ (00) Unknown | ☐ (H) Handled within Department. ☐ (R) Referred outside Department | | ☐ (12) Handgun   ☐ (13) Rifle   ☐ (17) Club / |
| 98-RES. STATUS: ■ (R) Resident | 99-UCR ARR. CODE | 100-OFFENSE NAME | 101-ARREST DATE | 102-ARREST TRANSACT. | ☐ (14) Shotgun   Blackjack / |
| ☐ (N) Nonres.   ☐ (U) Unknown | | | # | | ☐ (15) Other Firearm   Brass Kn. |

| 106-TYPE ARREST ACTIVITY:(Max. 3) | | 107-AR. DRUG TYPE: (Max. 3) | ☐ (E) Marijuana | ☐ (J) PCP | ☐ (N) Barbiturates |
|---|---|---|---|---|---|
| ☐ (B) Buying | ☐ (O) Operating/Promoting/Assisting | ☐ (A) "Crack" Cocaine | ☐ (F) Morphine | ☐ (K) Other Hallucinogens | ☐ (O) Other Depressants |
| ☐ (C) Cultivate/Manufacture/Publish | ☐ (P) Possessing/Concealing | ☐ (B) Cocaine | ☐ (G) Opium | ☐ (L) Amphetamines/ | ☐ (P) Other Drugs |
| ☐ (D) Distributing/Selling | ☐ (T) Transport/Transmit/Import | ☐ (C) Hashish | ☐ (H) Other Narcotics | Methamphetamines | ☐ (U) Unknown Type Drug |
| ☐ (E) Exploiting Children | ☐ (U) Using/Consuming | ☐ (D) Heroin | ☐ (I) LSD | ☐ (M) Other Stimulants | ☐ (X) Over 3 Drug Types |

| HEIGHT | WEIGHT | HANDEDNESS | BUILD | HAIR COLOR | HAIR STYLE | HAIR LENGTH | EYE COLOR | GLASSES | SKIN TONE |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

| 78-ARRESTEE # | 79-NAME   Last, | | First, | | Middle, | | 80-AKA |
|---|---|---|---|---|---|---|---|
| 1 | Carini, Cole Alexander | | | | | | |

| 81-OFFENDER # | 82-RESIDENT ADDRESS   Street | City | State | 83-Zip | 84-DATE OF BIRTH |
|---|---|---|---|---|---|
| 1 | 190 Holy Road, Richlands, VA | | | 24641 | 08/16/1996 |

| 85-RESIDENT PHONE | 86-EMPLOYMENT/SCHOOL PHONE | 87-DRIVER'S LICENSE | 88-DR. LI. STATE | 89-SSN |
|---|---|---|---|---|
| (276) 345-4680 | | | | 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 |

| 90-ARREST LOCATION | 91-OCCUPATION | 92-PLACE OF EMPLOYMENT | 93-ARREST TYPE: ☐ (O) On View Arrest |
|---|---|---|---|
| Ric - Richlands | Student | Richlands High School | ☐ (S) Summons/Cited   ■ (T) Taken Into Cust. |

| 94-SEX: ■ (M) Male ☐ (F) Female ☐ (U) Unk. | 97-AGE: EXACT AGE 19 | 103-MULT. ARREST INDIC.: | ☐ (M) Multiple | 105-WEAPONS AT ARREST: (Max. 2) (Place "A" in blank if automatic) |
|---|---|---|---|---|
| 95-ETHNIC: ☐ (H) Hispanic ■ (N) Nonhisp. ☐ (U) Unk. | AGE RANGE: ___ to ___ | ☐ (C) Count Arrestee | ■ (N) N/A | ■ (01) Unarmed   ☐ (16) Illegal Cutting Instr. |
| 96-RACE ■ (W) White ☐ (B) Black ☐ (I) American Indian | ☐ (99) Over 98 Yrs. Old | 104-DISPOSITION OF JUVENILE: | | ☐ (11) Firearm |
| ☐ (A) Asian/Pacific Islander ☐ (U) Unknown | ☐ (00) Unknown | ☐ (H) Handled within Department. ☐ (R) Referred outside Department | | ☐ (12) Handgun   ☐ (13) Rifle   ☐ (17) Club / |
| 98-RES. STATUS: ■ (R) Resident | 99-UCR ARR. CODE 90Z | 100-OFFENSE NAME   Manufacture Explosive Device | 101-ARREST DATE 1/1/2016 | 102-ARREST TRANSACT. # 2016000043 | ☐ (14) Shotgun   Blackjack / |
| ☐ (N) Nonres.   ☐ (U) Unknown | | | | | ☐ (15) Other Firearm   Brass Kn. |

| 106-TYPE ARREST ACTIVITY:(Max. 3) | | 107-AR. DRUG TYPE: (Max. 3) | ☐ (E) Marijuana | ☐ (J) PCP | ☐ (N) Barbiturates |
|---|---|---|---|---|---|
| ☐ (B) Buying | ☐ (O) Operating/Promoting/Assisting | ☐ (A) "Crack" Cocaine | ☐ (F) Morphine | ☐ (K) Other Hallucinogens | ☐ (O) Other Depressants |
| ☐ (C) Cultivate/Manufacture/Publish | ☐ (P) Possessing/Concealing | ☐ (B) Cocaine | ☐ (G) Opium | ☐ (L) Amphetamines/ | ☐ (P) Other Drugs |
| ☐ (D) Distributing/Selling | ☐ (T) Transport/Transmit/Import | ☐ (C) Hashish | ☐ (H) Other Narcotics | Methamphetamines | ☐ (U) Unknown Type Drug |
| ☐ (E) Exploiting Children | ☐ (U) Using/Consuming | ☐ (D) Heroin | ☐ (I) LSD | ☐ (M) Other Stimulants | ☐ (X) Over 3 Drug Types |

| HEIGHT | WEIGHT | HANDEDNESS | BUILD | HAIR COLOR | HAIR STYLE | HAIR LENGTH | EYE COLOR | GLASSES | SKIN TONE |
|---|---|---|---|---|---|---|---|---|---|
| 6'02" | 220 | U - Unknown | MED - Medium | BLK - Black | CRL - Curly | MED - Medium | BRO - Brown | No | MED - Medium |

### SUBJECT DESCRIPTORS

| | |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

# INCIDENT REPORT
COMMONWEALTH OF VIRGINIA

**VEHICLE / LEAD**

| 173-PAGE # | 174-DATE | 175-INCIDENT # | | 176-REPORTING OFFICER | | 177-CODE # | 178-VICTIM NAME | |
|---|---|---|---|---|---|---|---|---|
| 3 | 01/01/2016 | 2016000043 | | Sgt. Stephen Turner | | s0152 | Society/Public | |

| 179-YEAR | 180-MAKE | 181-MODEL | 182-STYLE | 183-VIN | | | 184-LICENSE NUMBER | 185-STATE |
|---|---|---|---|---|---|---|---|---|
| 1998 | Chevrolet | S10 | 2D | 1GCCS14X5WC134861 | | | WND7618 | VA |

| 186-OWNER'S NAME | | | | 187-ADDRESS | | | | |
|---|---|---|---|---|---|---|---|---|
| Carini, Cole Alexander | | | | 190 Holy Road, Richlands, VA 24641 | | | | |

| 188-TOP/SOLID COLOR | | 189-SECOND COLOR | | 190-DISPOSITION OF RECOVERY: | 192-SUSP. VEHICLE? | 193-TELETYPE NUMBER | |
|---|---|---|---|---|---|---|---|
| WHI | | | | ☐ (I) Impounded  ☐ (R) Rel. To Owner | ■ Y  ☐ N | | |

| 179-YEAR | 180-MAKE | 181-MODEL | 182-STYLE | 183-VIN | | | 184-LICENSE NUMBER | 185-STATE |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| 186-OWNER'S NAME | | | | 187-ADDRESS | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| 188-TOP/SOLID COLOR | | 189-SECOND COLOR | | 190-DISPOSITION OF RECOVERY: | 192-SUSP. VEHICLE? | 193-TELETYPE NUMBER | |
|---|---|---|---|---|---|---|---|
| | | | | ☐ (I) Impounded  ☐ (R) Rel. To Owner | ☐ Y  ☐ N | | |

**PROPERTY**

| 209-OF. CODE | 210-P. LOSS | 211-P. DES. | 212-QTY. | 213-DESCRIPTION (Include serial number, size, color, etc.) | 214-OWNER | 215-ITEM VALUE | 216-RECOV. DATE |
|---|---|---|---|---|---|---|---|
| 35B | 6 | 11 | 1/1 | Evidence - Item#101 - Corn Cobb Pipe ; SN:N/A ; MK:N/A ; MD:N/A | O1 | 5 | |
| 35B | 6 | 11 | 1/1 | Evidence - Item#102 - Yellow metal smoking devise ; SN:N/A ; MK:N/A ; MD:N/A | O1 | 5 | |
| 35B | 6 | 11 | 1/1 | Evidence - Item#103 - Smoking devise (glass) ; SN:N/A ; MK:N/A ; MD:N/A | O1 | 15/15 | |
| 35A | 6 | 11 | 1/1 | Evidence - Item#104 - Silver and black container with green leafy substance inside ; SN:N/A ; MK:N/A ; MD:N/A | O1 | 10 | |
| 90Z | 6 | 49 | 1/1 | Evidence - Item#105 - Partial container of US869 Rifle Powder ; MK:Hodgdon | O1 | 12 | |
| 90Z | 6 | 49 | 1/1 | Evidence - Item#106A - One (1) altered CO2 cartridge "cricket" (detonated) ; SN:N/A ; MK:N/A ; MD:N/A | O1 | | |
| 90Z | 5 | 77 | 1/1 | Evidence - Item#106B - P.A.N. Disrupter "AVON" shotgun round ; SN:N/A ; MK:N/A ; MD:N/A | | | 01/01/2016 |
| 90Z | 6 | 49 | 18/18 | Evidence - Item#107A - Moon Travelers/Bottle Rockets ; SN:N/A ; MK:N/A ; MD:N/A | O1 | | |
| 90Z | 6 | 49 | 78/78 | Evidence - Item#107B - Moon Travelers/Bottle Rockets ; SN:N/A ; MK:N/A ; MD:N/A | | | |

| 217-TOTAL NUMBER VEHICLES STOLEN: | 218-TOTAL NUMBER VEHICLES RECOVERED: | 219-TOTAL VALUE STOLEN: | 220-TOTAL VALUE RECOVERED: |
|---|---|---|---|
| | | | |

**PROPERTY CODES**

210-PROPERTY LOSS:  (1) None  (2) Burned  (3) Counterfeited/Forged  (4) Damaged/Destroyed/Vandalized  (5) Recovered  (6) Seized  (7) Stolen, etc.  (8) Unk.

211-PROPERTY DESCRIPTION:

| | | | |
|---|---|---|---|
| (01) Aircraft | (11) Drug/Narc. Equipment | (21) Negotiable Instruments | (32) Structures-Industrial/Manufacture |
| (02) Alcohol | (12) Farm Equipment | (22) Nonnegotiable Instruments | (33) Structures-Public/Community |
| (03) Automobiles | (13) Firearms | (23) Office-Type Equipment | (34) Structures-Storage |
| (04) Bicycles | (14) Gambling Equipment | (24) Other Motor Vehicles | (35) Structures-Other |
| (05) Buses | (15) Heavy Equipment-Construction/Industry | (25) Purses/Handbags/Wallets | (36) Tools-Power/Hand |
| (06) Cloths/Furs | (16) Household Goods | (26) Radios/TVs/VCRs | (37) Trucks |
| (07) Computer Hardware/Software | (17) Jewelry/Precious Metals | (27) Recordings-Audio/Visual | (38) Vehicle Parts/Accessories |
| (08) Consumable Goods | (18) Livestock | (28) Recreational Vehicles | (39) Watercraft |
| (09) Credit Cards/Debit Cards | (19) Merchandise | (29) Structures-Single Occupancy | (77) Other |
| (10) Drugs/Narcotics | (20) Money | (30) Structures-Other Dwellings | (88) Pending Inventory (of Property) |
| | | (31) Structures-Commercial/Business | (99) Special Category |

**DRUG INFO.**

| 222-DRUG TYPE | 223-WHOLE DRUG QUANTITY | 224-FRACTIONAL DRUG QUANTITY | 225-DRUG MEASUREMENT | 225-TYPE DRUG MEASUREMENT: |
|---|---|---|---|---|
| E | 1 | | OZ | **WEIGHT**<br>(GM) Gram<br>(KG) Kilogram<br>(OZ) Ounce<br>(LB) Pound |
| | | | | **CAPACITY**<br>(ML) Milliliter<br>(LT) Liter<br>(FO) Fluid Ounce<br>(GL) Gallon |
| 222-DRUG TYPE: | | | | **UNITS**<br>(DU) Dosage Unit (Pills, etc.)<br>(NP) Number of Plants |

222-DRUG TYPE:

| | | | |
|---|---|---|---|
| (A) "Crack" Cocaine | (F) Morphine | (K) Other Hallucinogens | (O) Other Depressants |
| (B) Cocaine | (G) Opium | (L) Amphetamines/Methamphetamines | (P) Other Drugs |
| (C) Hashish | (H) Other Narcotics | (M) Other Stimulants | (U) Unknown Type Drug |
| (D) Heroin | (I) LSD | (N) Barbiturates | (X) Over 3 Drug Types |
| (E) Marijuana | (J) PSP | | |

**COMPLNT.**

| NAME: Last, | First, | Middle | SEX: | AGE: | RACE: |
|---|---|---|---|---|---|
| Crawford, Edwina | | | ☐ (M) Male<br>☐ (F) Female<br>☐ (U) Unk. | ☐ (00) Unknown | ☐ (W) White<br>☐ (B) Black<br>☐ (I) American Indian |
| RESIDENT ADDRESS: Street  City  State  Zip | | | RESIDENT PHONE | EMPLOY'T. PHONE | ☐ (A) Asian/Pacific Islander |
| 633 Jewell Ridge Road, Richlands, VA  24641 | | | (276) 963-0081 | | ☐ (U) Unknown |

## CONFIDENTIAL SUPPLEMENT

| 226-PAGE # | 227-DATE | 228-INCIDENT NUMBER | 229-REPORTING OFFICER | 230-CODE # | 231-VICTIM NAME |
|---|---|---|---|---|---|
| 4 | 01/01/2016 | 2016000043 | Sgt. Stephen Turner | s0152 | Society/Public |

| 234–SCENE PROCESSED BY: | 236-PRINTS FOUND? ☐ Yes ☐ No | 238-EVIDENCE ☐ Yes |
|---|---|---|
| s0300-Lt. Mike Brown | 237-PHOTOGRAPHED? ☐ Yes ☐ No | OBTAINED? ☐ No |

| 239-APPROVING SUPERVISOR | 240-CODE # | 241-DATE APPROVED |
|---|---|---|
| Lt. Charles McNerlin | s094 | 01/04/2016 |

**WITNESSES**

| 243-NAME: | Last, | First, | Middle | 244-SEX: ☐ (U) Unk. ☐ (M) Male ☐ (F) Female | 245-AGE: ☐ (00) Unknown | 246-RACE: ☐ (U) Unk. ☐ (W) White ☐ (B) Black ☐ (I) American Indian ☐ (A) Asian/Pacific Islander |
|---|---|---|---|---|---|---|
| 247-RESIDENT ADDRESS: Street | | City | State | 248-Zip | 249-RESIDENT PHONE | 250-EMPL. PHONE |

| 243-NAME: | Last, | First, | Middle | 244-SEX: ☐ (U) Unk. ☐ (M) Male ☐ (F) Female | 245-AGE: ☐ (00) Unknown | 246-RACE: ☐ (U) Unk. ☐ (W) White ☐ (B) Black ☐ (I) American Indian ☐ (A) Asian/Pacific Islander |
|---|---|---|---|---|---|---|
| 247-RESIDENT ADDRESS: Street | | City | State | 248-Zip | 249-RESIDENT PHONE | 250-EMPL. PHONE |

**NARRATIVE:**

On 1/1/2016 at about 1430Hrs I was dispatched to a call of an explosion on Holy Road. I marked enroute and asked dispatch to contact Virginia State Police and to send out a chain of command notification with the current information. As I arrived in the area on Holy Road I noticed that Virginia State Police were already in the area with members of Richlands Fire and Rescue. Trooper Patton and I spoke with a member of the fire department who stated that neighbors advised the explosion came from the area close to the intersection of Holy Road and Jewell Ridge Road. They also reported seeing smoke.

Deputy Dunn and I began to knock on doors. The first residence I went to was 174 Holy Road. I could not get anyone to answer the door. There was a white Chevrolet S10 truck in the driveway with Virginia tag WND7618.

Deputy Dunn went to 190 Holy Road and made contact with two females at that location. These two females were later identified as Karen Carini (mother of the suspect) and Linda McGlothlin (grandmother of the suspect). We spoke with these two for a short time and they advised that they had heard something and could not tell what it was or where it came from. They advised that there had been several loud noises in the area recently and offered different examples of what they could be such as their neighbors target practicing with their muzzleloaders or a gas well explosion. After speaking with these two subjects it did not appear that they could tell us anything about the situation.

We then went to 148 Holy Road and could not get an answer at that residence.

Trooper Patton went to 130 Holy Road and was able to make contact with a resident there. When Trooper Patton exited the residence after speaking with this subject he advised us that Cole Carini (Suspect) was seen running from the area of the explosion. He was seen throwing something behind a building located at 174 Holy Road after the explosion then running to his residence at 190 Holy Road. At about the time that we received this information dispatch received a call from another witness who wished to remain anonymous stating that Cole Carini had set off the bomb at a play house. This play house was described as a little red shack. The caller also stated that Cole should be in his residence.

With this information Deputy Dunn, Trooper Patton and I walked back to the residence located at 190 Holy Road. I had turned my MVR on at this point as we walked over to this residence. Once at the door I knocked and attempted contact again at the residence. After a few moments a young

## CONFIDENTIAL SUPPLEMENT NARRATIVE CONTINUATION

| 226-PAGE # | 227-DATE | 228-INCIDENT NUMBER | 229-REPORTING OFFICER | 230-CODE # | 231-VICTIM NAME |
|---|---|---|---|---|---|
| 5 | 01/01/2016 | 2016000043 | Sgt. Stephen Turner | s0152 | Society/Public |

NARRATIVE:

man responded to the door. I asked him if he was Cole and he identified himself as Neal. I asked Neal where Cole was and he informed me that Cole was upstairs. I also asked how old Cole was and I was informed that Cole was nineteen years old. I requested that Neal get Cole and have him come outside to speak with us. Neal advised that he would and went back into the residence. A short time later Neal came back to the door and informed me that Cole stated that he, "Does not want to submit to any questions at this time". Trooper Patton and I advised Neal that we could get a bomb technician to come out to speak with him or he (Cole) could come out to speak with us. Neal went back into the residence at this point to advise his brother. As I waited outside I could hear what sounded like someone coming down the stairs. I could then hear a male and a female subject talking. The male voice sounded like Neal and the female was later identified as Cole and Neals mother. The female was telling Neal to say that she was in the shower. I could then hear Neal telling Cole to "come on". Neal came back to the door and advised me that he was still trying to get his brother. I asked Neal his age and he replied that he was fifteen years old. I asked where his mother was and he replied that she was in the shower but she would be out soon. After a few moments a male subject exited the residence saying hello. I asked if he was Cole. I then identified myself and Trooper Patton to him. I began to explain our reason for being in the area and what we were investigating. I also informed him that after speaking with people in the area we were advised that he was seen running from the scene of the explosion. He replied saying "have you ever heard of reactive targets?". I informed him that I have and he stated "I shot one of those. I was taping and I didn't think it was going to cause any issues. I had it out in a field and I didn't have anything around it I made sure it was as safe as possible". I asked Cole to show us where it was and where he did this. He agreed and we began to walk over to the side yard of 174 Holy Road. As we walked over we asked Cole what he shot the target with and he stated that he had shot it with a shotgun. He stated that the shotgun was in the house. Cole showed us where he had placed the target and shot at it. He showed us a spot with what appeared to be several small pieces of cinder block. We asked him where he shot from and he pointed toward the area of his "club house"/railroad tracks. With the way he explained the events he would have been shooting toward the roadway. I asked Cole to confirm that I was understanding correctly that he was shooting toward the roadway and he stated that he made sure that no cars were coming. I asked Cole what he threw behind the building. Cole stated that he didn't throw anything behind the building. He stated that he just ran inside because he was afraid of stuff raining on him. Trooper Patton asked Cole how many more of these exploding targets he had. Cole's mother then said,"yeah how many more?". Cole replied that he had three more. Cole's mother said to him, "Why don't you go ahead and give them to them?". Cole didn't reply. I asked Cole if I could look at one of them and he replied, "Sure, you can see one". He then began walking toward 190 Holy Road. As he walked Cole stated that he didn't believe that they were dangerous. Cole's mother then stated that her sister-in-law bought them that she didn't buy them for Cole. Trooper Patton walked with Cole as I stayed and spoke with Cole's mother. She began telling me how Cole was Autistic and about how many guns were in the home. I explained to her the severity of the situation with him shooting in the direction of a roadway. She replied that she didn't think that he shot it, she believed that he set it on fire. I reminded her that Cole stated that he shot it. I then asked her if he came into the house with a gun and she stated no and again said that she believed that he lit it on fire. Cole and Trooper Patton approached me with one of the explosive targets. As I opened it Cole stated, "I actually used less than that too".

## CONFIDENTIAL SUPPLEMENT NARRATIVE CONTINUATION

| 226-PAGE # | 227-DATE | 228-INCIDENT NUMBER | 229-REPORTING OFFICER | 230-CODE # | 231-VICTIM NAME |
|---|---|---|---|---|---|
| 6 | 01/01/2016 | 2016000043 | Sgt. Stephen Turner | s0152 | Society/Public |

NARRATIVE:

Cole's mother then told Cole that she wanted him to go and get all of them that he had and to give them to Trooper Patton and I right now. Cole asked if there was a "safer way to play with this stuff?". I informed him that you don't play with things that explode. Cole's mother then raised her voice toward him and told him she wanted him to go and get every one of these that he had and to give them to the officers right now. Cole began asking if he really had to get rid of them. Cole's mother told him that he did. Cole asked if he legally had to give them up. His mother continued to tell him to go and get them. I informed Cole that he needed to listen to his mother. Cole's mother told him that he could either get them or be cuffed that he could decide. Trooper Patton informed Cole that what had occurred at this point was reckless handling of a firearm. I informed Cole that regardless of whether he could have them or not, his mother didn't want them in the house and that he needed to listen to his mother. Cole then asked if he could keep them in the woods and we told him that he could not. Cole was asked to get the other targets and we would discuss what we needed to do from that point. He reluctantly complied.

While Cole went into the residence to locate these items. I turned off my MVR and discussed the situation with Trooper Patton and Trooper Nelson.

When Cole and his mother came out of the residence with these items I turned my MVR back on. She had Cole give us these items and then told him to go back to the residence. I told Cole to wait because I needed to get some more information from him. I told Cole's mother that I would be doing a report on this matter and contacting the Commonwealth Attorney's Office. I went on to explain that if he was going to be shooting a firearm that he needed to do it in a safe manner. Cole then stated that he did not shoot the targets that he had made, "makeshift blasting caps" and set it off. I asked Cole what he was making these out of and he said, "I took a metal pipe and shoved it full of gun powder and set it inside it and set it off safely". I then asked him where he was getting the gun powder from and he stated that he bought it. I asked him what he was putting the gun powder in and he went into detail of how he made these "blasting caps" and set off the explosion. He also said he had this on tape and offered to get the camera and show me to prove that he actually lit it with a fuse. I told Cole to go ahead and get that for me if he would like to show me. Trooper Patton then asked Cole what else he had in his room that he didn't want us to see. Before Cole could answer his mother interrupted saying, "Cole, there is nothing, you don't have to answer that. There is nothing up there". His mother told him to get the video. Cole started to walk away apologizing for lying about shooting the firearm. As he walked away I made the decision that it would not be safe to allow Cole back into the residence due to his mothers reaction I had Cole stop and I handcuffed him behind his back. I double locked the cuffs and informed him that he was being detained at this time. Cole was escorted to my vehicle and placed in the rear transport area of my vehicle. My vehicle was moved over to the driveway located at 190 Holy Road.

At this time it was decided to contact Virginia State Police Bomb Technitians. I also had dispatch contact the on call detective and requested he call me. I received a call from Lt. Brown and updated him on the situation. Lt. Brown responded to Richlands Police Department and began working on search warrants for this incident. Once the search warrants were obtained Lt. Brown responded to the scene with additional Virginia State Police units and the search warrant for 190 Holy Road was executed and Lt. Brown interviewed Cole.

## CONFIDENTIAL SUPPLEMENT NARRATIVE CONTINUATION

| 226-PAGE # | 227-DATE | 228-INCIDENT NUMBER | 229-REPORTING OFFICER | 230-CODE # | 231-VICTIM NAME |
|---|---|---|---|---|---|
| 7 | 01/01/2016 | 2016000043 | Sgt. Stephen Turner | s0152 | Society/Public |

NARRATIVE:

Upon execution of the three search warrants (one for 190 Holy Road, one for Cole's vehicle, and one for the "club house" located at 174 Holy Road) several items of evidence were located and seized. These items were placed in evidence. They are listed in the property section of this report. Photographs were also taken and attached to this report.

Cole was taken into custody and and transported to Richlands Police Department by deputy Conklin. Lt. Brown obtained two warrants against Cole and he was held without bond.

SUPPLEMENT #1   Lt. Mike Brown - s0300   01/02/2016   01:16

On January 1, 2016 I was called to respond to 190 Holy Road in reference to this incident. While enroute, I was advised that Agent Jeff Starnes with the VSP was responding, due to his training as a Bomb Tech. I was also advised that we weren't able to obtain consent to search the residence and possibly two other locations. I responded to the Richlands Police Department to obtain Search Warrants.

With the assistance of Agent Starnes and Agent Alderson, I was able to obtain 3 search warrants (attached to this report). Upon arrival I made contact with Mr Cole Carini. I discovered him secured in the rear of Sgt Turner's vehicle. I escorted him from that vehicle to mine. I used Deputy Keith Dunn's body camera and recorded my interview. Mr Carini was advised of his miranda warning and agreed to answer some of my questions. He stopped answering when I got to the point about how the device was denotated. He states that someone had purchased it for him that was over 21, but didn't want to give me their name.

I attempted to download the video from Evidence.Com but was unable to do so. I will attempt it again and update this portion of the report with the notes from the interview.

Once the Search Warrant on the residence was completed, Mr Carini was taken into custody. He was transported to the Richlands Police Department where I petition and received two warrants for violation of VA Code 18.2-85. These warrants were served and he was held without bond. Deputy Conklin transported the suspect to the jail.

After the suspect was transported to the jail, this detective cleared the scene and responded to the office to assist with securing the evidence. The evidence was placed in the temporary locker "b" to be moved to the evidence room when the evidence costidian returned to duty.

Throughout the investigation, Melanie Menefee and Capt Neil Turley were updated.

SUPPLEMENT #4   Lt. Mike Brown - s0300   01/04/2016   15:21

On today's date, Sgt Turner and I certified the search warrants to the Circuit Clerks Office. Attached digital copies of the search warrants to the file. I also attached copies of the served arrest warrants, updated the arrestee info, and added the video interview with the suspect.

## CONFIDENTIAL SUPPLEMENT NARRATIVE CONTINUATION

| 226-PAGE # | 227-DATE | 228-INCIDENT NUMBER | 229-REPORTING OFFICER | 230-CODE # | 231-VICTIM NAME |
|---|---|---|---|---|---|
| 8 | 01/01/2016 | 2016000043 | Sgt. Stephen Turner | s0152 | Society/Public |

**NARRATIVE:**

Futher supplements will be added once the video's have been downloaded and reviewed.

SUPPLEMENT #5    Lt. Mike Brown – s0300    01/05/2016    14:10

Met with the Commonwealth Attorney (Nikki Stiltner) and provided her with photographs, the videos that I have in my possession at this time, and a copy of this report.

SUPPLEMENT #6    Lt. Mike Brown – s0300    01/06/2016    12:17

After receiving information from Officer Stan Lambert of the Richlands Police Department.  I obtained a search warrant from the suspect/offenders locker at Richlands High School.  The warrant was served and documents of interest were taken.  Attached a copy of the search warrant to this report.

SUPPLEMENT #7    Capt. Neil Turley – s079    01/08/2016    14:09

Case is Closed by and arrest pending court hearing.

SUPPLEMENT #8    Lt. Mike Brown – s0300    03/11/2016    12:41

Appeared in General District Court on this date for the preliminary hearing.  It has been rescheduled until July 15, 2016 at 0900 pending a psycholoical evalution.

SUPPLEMENT #9    Sgt. Stephen Turner – s0152    03/11/2016    14:01

The felony preliminary hearing was set for todays date (3/11/2016 at 0900Hrs).  This case was set over to 7/15/2016 at 0900Hrs for Cole Carini to undergo a psychological evaluation.

SUPPLEMENT #11    Sgt. Stephen Turner – s0152    08/13/2016    14:30

On 8/12/2016 a felony preliminary hearing was held for this case in the Tazewell General District Court.  Mr. Carini was present with his attorney Penny Nimo.  Judge Shannon Cook heard the case and ACA Brandon Goins was the attorney for the Commonwealth.

Testimony was put on by myself, Trooper Patton, and investigator Starns of the Virginia State Police.

Upon completion of the proceeding the case was certified for Grand Jury.

SUPPLEMENT #12    Lt. Mike Brown – s0300    09/13/2016    11:06

Presented this incident to the Grand Jury and received a True Bill.

Awaiting Indictment Service.

## CONFIDENTIAL SUPPLEMENT NARRATIVE CONTINUATION

| 226-PAGE # | 227-DATE | 228-INCIDENT NUMBER | 229-REPORTING OFFICER | 230-CODE # | 231-VICTIM NAME |
|---|---|---|---|---|---|
| 9 | 01/01/2016 | 2016000043 | Sgt. Stephen Turner | s0152 | Society/Public |

NARRATIVE:

SUPPLEMENT #13   Capt. Neil Turley - s079   09/22/2016   15:04

Pending trail

SUPPLEMENT #14   Sgt. Stephen Turner - s0152   10/21/2018   10:14

Upon checking the court website I discovered that Mr. Carini had entered a plea of Nolo
Contendere on 9/5/2017 to two charges of manufacturing an explosive device.  The case was then
set over for review on 9/10/2018 and then carried over to 9/9/2019.  There is no jail/prison
time documented (suspended or otherwise) on the court website.  It does show that on one of the
charges that Mr. Carini has $2,090.64 in court costs (which he has paid) and is on unsupervised
probation for a period of 12 months on each charge.

## CONTINUATION PAGE

| 173-PAGE # | 174-DATE | 1754-INCIDENT # | 176-REPORTING OFFICER | | 177-CODE # | 178-VICTIM NAME |
|---|---|---|---|---|---|---|
| 10 | 01/01/2016 | 2016000043 | Sgt. Stephen Turner | | s0152 | Society/Public |

## Offense(s)

| 19-OFFENSE # | 20-UCR CODE | 21-OFFENSE STATUS: | 22-OFFENDER USED: ☐ (N) Not Applicable | 23-Burglary (220) Location 14&19: | 24-FORCED ENTRY? |
|---|---|---|---|---|---|
| 2 | 35A | ☐ (A) Attempted ■ (C) Completed | ☐ (A) Alcohol ☐ (C) Cptr. Equip. ■ (D) Drugs | # PREMISES ENTERED? | ☐ Yes ☐ No |

**25-OFFENSE NAME:** Drug/Narcotic Violations
**26-ADDRESS OF OFFENSE:** 174 Holy Road, Richlands, VA 24641
**27-DIRECTION OF TRAVEL:** ☐N ☐S ☐E ☐W ☐UNK.

**28-LOCATION CODE (Enter 1):** (20) Residence/Home

**29-WEAPON FORCE: (Max. 3)** (99) None

**30-TYPE CRIMINAL ACTIVITY: (Max. 3)**
(D) Distributing/Selling
(P) Possessing/Concealing

**31-TYPE SECURITY: (Max. 2)**

**32-ENTRY/EXIT: (Max. 2 entry, 2 exit)**

**33-HOW LEFT SCENE:**

**34-WHICH OFFENDERS ARE RELATED TO THIS OFFENSE?:** ■ #1
**35-BIAS MOTIVATED CRIME:** 88 - None (No Bias)

| 19-OFFENSE # | 20-UCR CODE | 21-OFFENSE STATUS: | 22-OFFENDER USED: ☐ (N) Not Applicable | 23-Burglary (220) Location 14&19: | 24-FORCED ENTRY? |
|---|---|---|---|---|---|
| 3 | 35B | ☐ (A) Attempted ■ (C) Completed | ☐ (A) Alcohol ☐ (C) Cptr. Equip. ■ (D) Drugs | # PREMISES ENTERED? | ☐ Yes ☐ No |

**25-OFFENSE NAME:** Drug Equipment Violations
**26-ADDRESS OF OFFENSE:** 174 Holy Road, Richlands, VA 24641
**27-DIRECTION OF TRAVEL:** ☐N ☐S ☐E ☐W ☐UNK.

**28-LOCATION CODE (Enter 1):** (20) Residence/Home

**29-WEAPON FORCE: (Max. 3)** (99) None

**30-TYPE CRIMINAL ACTIVITY: (Max. 3)**
(P) Possessing/Concealing

**31-TYPE SECURITY: (Max. 2)**

**32-ENTRY/EXIT: (Max. 2 entry, 2 exit)**

**33-HOW LEFT SCENE:**

**34-WHICH OFFENDERS ARE RELATED TO THIS OFFENSE?:** ■ #1
**35-BIAS MOTIVATED CRIME:** 88 - None (No Bias)

## Arrest Offense(s)

**Arrestee #1: Carini, Cole Alexander**

| SEQ. | OFFENSE CODE | OFFENSE DESCRIPTION |
|---|---|---|
| 2 | 90Z | Manufacture Explosive Device |

## CONTINUATION PAGE

| 173-PAGE # | 174-DATE | 1754-INCIDENT # | 176-REPORTING OFFICER | 177-CODE # | 178-VICTIM NAME |
|---|---|---|---|---|---|
| 11 | 01/01/2016 | 2016000043 | Sgt. Stephen Turner | s0152 | Society/Public |

## Property

| OF. CODE | P. LOSS | P. DES. | QTY. | DESCRIPTION (Include serial number, size, color, etc.) | OWNER | ITEM VALUE | RECOV. DATE |
|---|---|---|---|---|---|---|---|
| 90Z | 6 | 49 | 1/1 | Evidence - Item#108 - Firecracker ; SN:N/A ; MK:N/A ; MD:N/A | | | |
| 90Z | 6 | 49 | 1/1 | Evidence - Item#201 - Partial CO2 Cartridge "Cricket" ; SN:N/A ; MK:N/A ; MD:N/A | O1 | | |
| 90Z | 6 | 49 | 1/1 | Evidence - Item#202 - Galvonized end cap ; SN:N/A ; MK:N/A ; MD:N/A | | | |
| 90Z | 6 | 49 | 1/1 | Evidence - Item#203 - Fragments of galvonized pipe ; SN:N/A ; MK:N/A ; MD:N/A | | | |
| 90Z | 6 | 49 | 1/1 | Evidence - Item#301 - Altered CO2 cartridge "cricket" ; SN:N/A ; MK:N/A ; MD:N/A | | | |
| 90Z | 6 | 49 | 3/3 | Evidence - Item#400 - Three (3) tubes of Tannerite ; MK:Tannerite | O1 | | |
| 90Z | 6 | 77 | 1 | Item 500 -- Bad containing 1 spiral notebook, 4 loose drawings, and 1 folded blue poster. | | 1.00 | |

# SEA..CH WARRANT

Commonwealth of Virginia      VA. CODE §§ 19.2-56, 19.2-57

**TO ANY AUTHORIZED OFFICER:**

You are hereby commanded in the name of the Commonwealth to forthwith search the following place, person or thing either in day or night

The red 3 or 4 story structure, red in color with a black roof; which has been built on the property of 174 Holy Road in Richlands,Va. This structure is used as a "Club House" by Cole Calvini(19 y/o suspect). 174 Holy Rd. is owned by Mrs Pattern Hess, who currently resides in a nursing home

for the following property, objects and/or persons:

Items that could be used to make an explosive device. These items can include: black powder, blasting caps, any electric or non-electric wiring or components, any commercial or non-commercial explosives, any other components that can be used in the manufacture of explosives or devices.

You are further commanded to seize said property, persons, and/or objects if they be found and to produce before the ............ Tazewell .......................................... Circuit Court an inventory of all property, persons, and/or objects seized.

This SEARCH WARRANT is issued in relation to an offense substantially described as follows:

18.2-85 Manufacture , possession , use etc., of fire bombs or explosive materials or devices.

I, the undersigned, have found probable cause and believe that the property or person constitutes evidence of the crime identified herein or tends to show that the person(s) named or described herein has committed or is committing a crime and further that the search should be made, based on the statements in the attached affidavit sworn to by

Brown, M. Tazewell Co. S.O.

_James F. Weaver_   NAME OF AFFIANT

01/01/2016 06:43 PM
_____
DATE AND TIME

James F. Weaver

[ ] CLERK   [X] MAGISTRATE   [ ] JUDGE

FORM DC-339 (MASTER, PAGE ONE OF TWO) 07/01

---

| FILE NO. |
|---|

## SEARCH WARRANT

### COMMONWEALTH OF VIRGINIA

v./In re

190 Holy Rd.

Richlands , Va.

A COPY, TESTE:
TAMMY B. ALLISON, CLERK OF THE
CIRCUIT COURT OF TAZEWELL COUNTY

BY: _____
        DEPUTY CLERK

Received and filed in Tazewell County,
Virginia Circuit Court, Clerk's Office.
This the _4_ day of _Jan_ , _16_
Time _1:48_ P. M.

TESTE: _____
Clerk, Deputy Clerk

## SEARCH INVENTORY AND RETURN

The following items, and no others, were seized under authority of this WARRANT:

1. One altered $CO_2$ cartridge "cricket" (detonated)
2. One galvanised end cap
3. ~~One~~ SAT Several fragments of galvanized pipe
4.
5.
6.
7.
8.
9.                                    Last Item
10.
11.
12.

The statement above is true and accurate to the best of my knowledge and belief.

1/4/16
DATE

Sgt. S. Turner
EXECUTING OFFICER

Subscribed and sworn before me this day

4/4/16
DATE

Jessica Bentley dep
[ ] CLERK   [ ] MAGISTRATE   [ ] JUDGE

| FOR NOTARY PUBLIC'S USE ONLY: |
| --- |
| State of ................................... [ ] City [ ] County of ........................ |
| Acknowledged, subscribed and sworn to before me this ............ day of ..............................., 20 ........ |
| ....................................   .............................................. |
| NOTARY REGISTRATION NUMBER            NOTARY PUBLIC |
|                                       (My commission expires: ...........................) |

### EXECUTION

Executed by searching the within described place, person or thing.

1/1/16                    2030HRS
DATE AND TIME EXECUTED

Sgt. S. Turner
EXECUTING OFFICER

Certified to  Tazewell
Circuit Court on  1/4/16
DATE

Sgt. S. Turner
EXECUTING OFFICER

Received  [X] in person  [ ] by certified mail
         [ ] by electronically transmitted
             facsimile

on   1/4/16
DATE

by:  Jessica Bentley dep
CLERK OF CIRCUIT COURT

# AFFIDAVIT FOR SEARCH WARRANT

Commonwealth of Virginia        VA. CODE § 19.2-54

The undersigned Applicant states under oath:

1. A search is requested in relation to an offense substantially described as follows:

   § 18.2-85. Manufacture, possession, use, etc., of fire bombs or explosive materials or devices

   _____

   _____

   _____

   _____

   [ ] CONTINUED ON ATTACHED SHEET

2. The place, person or thing to be searched is described as follows:

   The red 3 or 4 story structure, red in color with a black roof, which has been built on the property of 174 Holy Road in Richlands

   Virginia. This structure is used as a "club house" by Cole Carini (18 y/o suspect). 174 Holy Road is owned by Mrs. Kathern

   Hess, who currently resides in a nursing home.

   _____

   _____

   _____

   [ ] CONTINUED ON ATTACHED SHEET

3. The things or persons to be searched for are described as follows:

   Items that could be used to make an explosive device. These items can include: black powder, blasting caps, any electric or

   non-electric detonators, electrical wiring or components, any commercial or non-commercial explosives, any any other

   component that can be used in the manufacture of explosives or devices.

   _____

   _____

   _____

   [ ] CONTINUED ON ATTACHED SHEET

   (OVER)

FORM SC-336 (MASTER, PAGE ONE OF TWO) 07/12

---

FILE NO. _____

## AFFIDAVIT FOR SEARCH WARRANT

APPLICANT:

Michael Brown
_____
NAME

Lieutenant
_____
TITLE (IF ANY)

Tazewell County Sheriff's Office
_____
ADDRESS

Tazewell, VA 24651

Certified to Clerk of

.......................................... Circuit Court
CITY OR COUNTY

on ..........................................
DATE

..........................     ..........................
TITLE                         SIGNATURE

Original Delivered [ ] in person  [ ] by certified mail
                   [ ] by electronically transmitted facsimile
                   [ ] by use of filing/security procedures
                       defined in the Uniform Electronic
                       Transactions Act

to Clerk of ..................................... Circuit Court
CITY OR COUNTY WHERE EXECUTED

on ..........................................
DATE

..........................     ..........................
TITLE                         SIGNATURE

Complete only if different than above:

Copy delivered [ ] in person  [ ] by certified mail
               [ ] by electronically transmitted facsimile
               [ ] by use of filing/security procedures
                   defined in the Uniform Electronic
                   Transactions Act

to Clerk of ..................................... Circuit Court
CITY OR COUNTY OF ISSUANCE

on ..........................................
DATE

..........................     ..........................
TITLE                         SIGNATURE

01/01/2016 18:15 FAX 276 964 2074     RICHLANDS POLICE DEPT     @001

4.  The material facts constituting probable cause that the search should be made are:

Deputies were dispatched to this residence after receiving a complaint of an explosion in/around this residence. Upon arrival the deputies made contact with Cole

Carini (19 y/o suspect). He told the deputy that he had made a blasting cap my "pouring black powder in a pipe and attaching a fuse." The device was denotated on the property.

Evidence of the denotation was discovered onscene.

5.  The object, thing or person searched for constitutes evidence of the commission of such offense.

6.  [ ] I have personal knowledge of the facts set forth in this affidavit OR

7.  [✓] I was advised of the facts set forth in this affidavit in whole or in part, by a person whose credibility or the reliability of the information may be
    determined from the following facts:

The information above was relayed to this detective from Sgt Steve Turner. Sgt Turner is a certified deputy and a Patrol Sergeant. He has received training in

crime scene investigations and evidence collection/preservation.

The statements above are true and accurate to the best of my knowledge and belief.

Lieutenant
_____                      _____
     TITLE OF APPLICANT                                  APPLICANT

Subscribed and sworn to before me this day.

1-1-16    6:21 PM                              _____
_____                     [ ] CLERK   [X] MAGISTRATE   [ ] JUDGE
     DATE AND TIME

FORM DC-338 (MASTER, PAGE TWO OF TWO) 10/11

**RCH WARRANT**

Commonwealth of Virginia        VA. CODE §§ 19.2-56, 19.2-57

**TO ANY AUTHORIZED OFFICER:**

You are hereby commanded in the name of the Commonwealth to forthwith search the following place, person or thing either in day or night

A 1998 White Chevrolet S-10 Pick-up, The vehicle is bearing Virginia Registration WND-7618 and VIN 1GCCS14X5WK134861. The vehicle is owned by Lina McGlothlin, the Grand Mother of Cole Carini(19 y/o suspect ) and he uses this vehicle. The vehicle is currently parked at 174 Holy Road in Richlands, Va.

for the following property, objects and/or persons:

Items that could be used to make an explosive device. These items can include: black powder, blasting caps, any electric or non-electric wiring or components, any commercial or non-commercial explosives, any other components that can be used in the manufacture of explosives or devices.

You are further commanded to seize said property, persons, and/or objects if they be found and to produce before the ........... Tazewell ........... Circuit Court an inventory of all property, persons, and/or objects seized.

This SEARCH WARRANT is issued in relation to an offense substantially described as follows:

18.2-85 Manufacture , possession , use etc., of fire bombs or explosive materials or devices.

I, the undersigned, have found probable cause and believe that the property or person constitutes evidence of the crime identified herein or tends to show that the person(s) named or described herein has committed or is committing a crime and further that the search should be made, based on the statements in the attached affidavit sworn to by

Brown, M. Tazewell Co. S.O.
—————————————————————
NAME OF AFFIANT

01/01/2016 06:48 PM
——————————————
DATE AND TIME

[ ] CLERK   [X] MAGISTRATE   [ ] JUDGE

James F. Weaver

FORM DC-339 (MASTER, PAGE ONE OF TWO) 07/01

---

FILE NO.

**SEARCH WARRANT**

**COMMONWEALTH OF VIRGINIA**

**v./In re**

190 Holy Rd.

Richlands , Va.

A COPY, TESTE:
TAMMY B. ALLISON, CLERK OF THE
CIRCUIT COURT OF TAZEWELL COUNTY

BY
DEPUTY CLERK

Received and filed in Tazewell County,
Virginia Circuit Court Clerk's Office.
This the 4 day of Jun , 16
Time 1:48 P. M.

TESTE:
Clerk, Deputy Clerk

## SEARCH INVENTORY AND RETURN

The following items, and no others, were seized under authority of this WARRANT:

1. One altered $CO_2$ cartridge "Cricket" (detonated)
2.
3.
4.
5.
6.
7.
8.
9.
10.
11.
12.

The statement above is true and accurate to the best of my knowledge and belief.

_1/4/16_
DATE

_Sgt. S. Turner_
EXECUTING OFFICER

Subscribed and sworn before me this day

_1/4/16_
DATE

_Jessica Bentley, dep_
[✓] CLERK   [ ] MAGISTRATE   [ ] JUDGE

### FOR NOTARY PUBLIC'S USE ONLY:

State of ................................................   [ ] City  [ ] County of ...........................................

Acknowledged, subscribed and sworn to before me this ............ day of ........................................ , 20 ............

.................................................
NOTARY REGISTRATION NUMBER

.................................................
NOTARY PUBLIC
(My commission expires: .................................... )

### EXECUTION

Executed by searching the within described place, person or thing.

_1/1/16          2115 Hrs_
DATE AND TIME EXECUTED

_Sgt. S. Turner_
EXECUTING OFFICER

Certified to   _Tazewell_

Circuit Court on   _1/4/16_
DATE

_Sgt. S. Turner_
EXECUTING OFFICER

Received [✓] in person  [ ] by certified mail
                [ ] by electronically transmitted
                      facsimile

on _1/4/16_
DATE

by: _Jessica Bentley dep_
CLERK OF CIRCUIT COURT

# AFFIDAVIT FOR SEARCH WARRANT

Commonwealth of Virginia       VA. CODE § 19.2-54

The undersigned Applicant states under oath:

1. A search is requested in relation to an offense substantially described as follows:

§ 18.2-85. Manufacture, possession, use, etc., of fire bombs or explosive materials or devices

[ ] CONTINUED ON ATTACHED SHEET

2. The place, person or thing to be searched is described as follows:

A 1998 White Chevrolet S-10 Pick-up. The vehicle is bearing Virginia Registration WND-7618 and VIN 1GCCS14X5WK134861.

The vehicle is owned by Lina McGlothlin, the mother of Cole Carini (19 y/o suspect) and he uses this vehicle. The

vehicle is currently parked at 174 Holy Road in Richlands Va.

[ ] CONTINUED ON ATTACHED SHEET

3. The things or persons to be searched for are described as follows:

Items that could be used to make an explosive device. These items can include:  black powder, blasting caps, any electric or

non-electric detentors, electrical wiring or components, and comerical or noncommerical explosives, or any other

components that can be used in the manufacture of explosives or devices.

[ ] CONTINUED ON ATTACHED SHEET

(OVER)

FORM DC-338 (MASTER, PAGE ONE OF TWO) 07/12

---

FILE NO.

## AFFIDAVIT FOR SEARCH WARRANT

APPLICANT:
Michael Brown

NAME

Lieutenant

TITLE (IF ANY)

Tazewell County Sheriff's Office

ADDRESS

Tazewell, VA 24651

Certified to Clerk of

................................................................ Circuit Court
CITY OR COUNTY

on ..................................................................
DATE

.................................        .................................
TITLE                          SIGNATURE

Original Delivered [ ] in person  [ ] by certified mail
[ ] by electronically transmitted facsimile
[ ] by use of filing/security procedures
defined in the Uniform Electronic
Transactions Act

to Clerk of : ................................................ Circuit Court
CITY OR COUNTY WHERE EXECUTED

on ..................................................................
DATE

.................................        .................................
TITLE                          SIGNATURE

Complete only if different than above:

Copy delivered [ ] in person  [ ] by certified mail
[ ] by electronically transmitted facsimile
[ ] by use of filing/security procedures
defined in the Uniform Electronic
Transactions Act

to Clerk of .................................................. Circuit Court
CITY OR COUNTY OF ISSUANCE

on ..................................................................
DATE

.................................        .................................
TITLE                          SIGNATURE

☑ 001

RICHLANDS POLICE DEPT

RICHLANDS 4079

4. The material facts constituting probable cause that the search should be made are:

Deputies were dispatched to this residence after receiving a complaint of an explosion in/around this residence. Upon arrival the deputies made contact with Cole

Carini (19 y/o suspect). He told the deputy that he had made a blasting cap my "pouring black powder in a pipe and attaching a fuse." The device was denotated on the property.

Evidence of the denotation was discovered onscene.

5. The object, thing or person searched for constitutes evidence of the commission of such offense.

6. [ ] I have personal knowledge of the facts set forth in this affidavit OR

7. [✓] I was advised of the facts set forth in this affidavit in whole or in part, by a person whose credibility or the reliability of the information may be
determined from the following facts:

The information above was relayed to this detective from Sgt Steve Turner. Sgt Turner is a certified deputy and a Patrol Sergeant. He has received training in

crime scene investigations and evidence collection/preservation.

The statements above are true and accurate to the best of my knowledge and belief.

Lieutenant
_____
TITLE OF APPLICANT

_____
APPLICANT

Subscribed and sworn to before me this day.

_1-1-16_   _6:21 PM_
DATE AND TIME

[ ] CLERK   [✗] MAGISTRATE   [ ] JUDGE

FORM DC-333 (MASTER, PAGE TWO OF TWO) 10/11

# SEARCH WARRANT

Commonwealth of Virginia          VA. CODE §§ 19.2-56, 19.2-57

**TO ANY AUTHORIZED OFFICER:**

You are hereby commanded in the name of the Commonwealth to forthwith search the following place, person or thing either in day or night

the residence and cartilage located at 190 Holy Road, Richlands ,Va. the residence is described as follows: White house with black shutters with a two car garage, connected by a door jam and fence, a privacy fence surrounds the back yard , two story. This property is owned by the suspects Grand mother Linda McGlothlin.

for the following property, objects and/or persons:

Items that could be used to make an explosive device. These items can include: black powder, blasting caps, any electric or non-electric wiring or components, any commercial or non-commercial explosives, any other components that can be used in the manufacture of explosives or devices.

You are further commanded to seize said property, persons, and/or objects if they be found and to produce before the _____ Tazewell _____ Circuit Court an inventory of all property, persons, and/or objects seized.

This SEARCH WARRANT is issued in relation to an offense substantially described as follows:

18.2-85 Manufacture , possession , use etc., of fire bombs or explosive materials or devices.

I, the undersigned, have found probable cause and believe that the property or person constitutes evidence of the crime identified herein or tends to show that the person(s) named or described herein has committed or is committing a crime and further that the search should be made, based on the statements in the attached affidavit sworn to by

Brown, M. Tazewell Co. S.O.

_____ ʿIAME OF AFFIANT

01/01/2016 06:38 PM
................................................
DATE AND TIME

[ ] CLERK   [X] MAGISTRATE   [ ] JUDGE

James F. Weaver

FORM DC-339 (MASTER, PAGE ONE OF TWO) 07/01

---

| FILE NO. |
| --- |

**SEARCH WARRANT**

**COMMONWEALTH OF VIRGINIA**

*v./In re*

190 Holy Rd.

Richlands , Va.

A COPY, TESTE:
TAMMY B. ALLISON, CLERK OF THE
CIRCUIT COURT OF TAZEWELL COUNTY

BY: _____
DEPUTY CLERK

Received and filed in Tazewell County, Virginia Circuit Court Clerk's Office. This the 4 day of Jan 2016
Time 1:46 M.

TESTE: _____
Clerk, Deputy Clerk

## SEARCH INVENTORY AND RETURN

The following items, and no others, were seized under authority of this WARRANT:

1. 3 Smoking Devices
2. 1 Container with green plant matching
3. 1 Fire Cracker
4. 18 Lose "Bottle Rockets"
5. 78 packaged "Bottle Rockets"
6. 1 Aller $CO_2$ Cartrage "Cricket"
7.
8.
9.                              LAST    Item
10.
11.
12.

The statement above is true and accurate to the best of my knowledge and belief.

01/04/2016
DATE

_____
EXECUTING OFFICER

Subscribed and sworn before me this day

1/4/16
DATE

Jessica Bentley Dep
[X] CLERK  [ ] MAGISTRATE  [ ] JUDGE

**FOR NOTARY PUBLIC'S USE ONLY:**

State of ................................................  [ ] City  [ ] County of ......................................

Acknowledged, subscribed and sworn to before me this ............ day of ........................................, 20 ...........

...........................................
NOTARY REGISTRATION NUMBER

...........................................
NOTARY PUBLIC
(My commission expires: ..................................... )

### EXECUTION

Executed by searching the within described place, person or thing.

1/1/16          1919HRS
DATE AND TIME EXECUTED

Lt Mike Brown
EXECUTING OFFICER

Certified to Tazewell

Circuit Court on 01/04/2016
DATE

Lt Mike Brown
EXECUTING OFFICER

Received  [X] in person  [ ] by certified mail
         [ ] by electronically transmitted facsimile

on 1/4/16
DATE

by: Jessica Bentley dep
CLERK OF CIRCUIT COURT

FORM DC-339 (MASTER, PAGE TWO OF TWO) 01/09

# AFFIDAVIT FOR SEARCH WARRANT

Commonwealth of Virginia          VA. CODE § 19.2-54

The undersigned Applicant states under oath:

1. A search is requested in relation to an offense substantially described as follows:

   § 18.2-85. Manufacture, possession, use, etc., of fire bombs or explosive materials or devices

   _____

   _____

   _____

   _____

   [ ] CONTINUED ON ATTACHED SHEET

2. The place, person or thing to be searched is described as follows:

   The residence and curtilage located at 180 Holy Road, the residence is described as follows:  White house with black shutters with a two

   car garage, connected by a door jam and fence, a privacy fence surrounds the back yard, two story.   This property is

   owned by the suspect's mother, Linda McGlothin.

   _____

   _____

   [ ] CONTINUED ON ATTACHED SHEET

3. The things or persons to be searched for are described as follows:

   Items that could be used to make an explosive device.  These items can include:  black powder, blasting caps, any electric or

   non-electric wiring or components, any commercial or non-commercial explosives, any other components that can be used in

   the manufacture of explosives or devices.

   _____

   _____

   [ ] CONTINUED ON ATTACHED SHEET

   (OVER)

FORM DC-338 (MASTER, PAGE ONE OF TWO) 07/12

---

FILE NO. _____

### AFFIDAVIT FOR SEARCH WARRANT

APPLICANT:
Michael Brown
_____
NAME
Lieutenant
_____
TITLE (IF ANY)
Tazewell County Sheriff's Office
_____
ADDRESS
Tazewell, VA 24651
_____

Certified to Clerk of

_____ Circuit Court
CITY OR COUNTY

on _____
DATE

_____     _____
TITLE                    SIGNATURE

Original Delivered [ ] in person   [ ] by certified mail
                   [ ] by electronically transmitted facsimile
                   [ ] by use of filing/security procedures
                       defined in the Uniform Electronic
                       Transactions Act

to Clerk of _____ Circuit Court
          CITY OR COUNTY WHERE EXECUTED

on _____
DATE

_____     _____
TITLE                    SIGNATURE

Complete only if different than above:

Copy delivered [ ] in person  [ ] by certified mail
               [ ] by electronically transmitted facsimile
               [ ] by use of filing/security procedures
                   defined in the Uniform Electronic
                   Transactions Act

to Clerk of _____ Circuit Court
          CITY OR COUNTY OF ISSUANCE

on _____
DATE

_____     _____
TITLE                    SIGNATURE

4. The material facts constituting probable cause that the search should be made are:

Deputies were dispatched to this residence after receiving a complaint of an explosion in/around this residence.  Upon arrival the deputies made contact with Cole

Carini (19 y/o suspect).  He told the deputy that he had made a blasting cap my "pouring black powder in a pipe and attaching a fuse."  The device was denotated on the property.

Evidence of the denotation was discovered on scene.

5. The object, thing or person searched for constitutes evidence of the commission of such offense.

6. [ ] I have personal knowledge of the facts set forth in this affidavit OR.

7. [✓] I was advised of the facts set forth in this affidavit in whole or in part, by a person whose credibility or the reliability of the information may be
   determined from the following facts:

The information above was relayed to this detective from Sgt Steve Turner.  Sgt Turner is a certified deputy and a Patrol Sergeant.  He has received training in

crime scene investigations and evidence collection/preservation.

The statements above are true and accurate to the best of my knowledge and belief.

Lieutenant
_____
TITLE OF APPLICANT

_____
APPLICANT

Subscribed and sworn to before me this day.

1-1-16     6:22 PM
_____
DATE AND TIME

[ ] CLERK   [✓] MAGISTRATE   [ ] JUDGE

**SEARCH WARRANT**

Commonwealth of Virginia          VA. CODE §§ 19.2-56, 19.2-57

**TO ANY AUTHORIZED OFFICER:**

You are hereby commanded in the name of the Commonwealth to forthwith search the following place, person or thing either in day or night

Locker 673 located within Richlands High School located at 138 Tornado Alley in Richlands, Virginia. The locker is cream and is assigned to Cole Alexander Carini, this is verified with the school staff members.

for the following property, objects and/or persons:

Any items of contraband, documentation, instructions, drawings, educational articles and research in regards to the manufacture of explosive devices. These items may include but are not limited to common interest research and historical events, items that could be used to make an explosive device, black powder, blasting caps, any electric or non-electric wiring or components, any commercial or non-commercial explosives, and any other components that can be used in the manufacture of explosive devices

You are further commanded to seize said property, persons, and/or objects if they be found and to produce before the .............. Tazewell .............. Circuit Court an inventory of all property, persons, and/or objects seized.

This SEARCH WARRANT is issued in relation to an offense substantially described as follows:

Virginia Code § 18.2-85 Manufacture, possession, use, etc., of fire bombs or explosive materials or devices

I, the undersigned, have found probable cause and believe that the property or person constitutes evidence of the crime identified herein or tends to show that the person(s) named or described herein has committed or is committing a crime and further that the search should be made, based on the statements in the attached affidavit sworn to by

|  |  |
|---|---|
| 01/05/2016 03:30 PM | Lt. Det. Michael Brown |
| DATE AND TIME | NAME OF AFFIANT |
|  | Aimee Corbett |
|  | [ ] CLERK   [X] MAGISTRATE   [ ] JUDGE |

FORM DC-339 (MASTER. PAGE ONE OF TWO) 07/01

---

FILE NO.

**SEARCH WARRANT**

**COMMONWEALTH OF VIRGINIA**

*v./In re*

Cole A. Carini

Received and filed in Tazewell County, Virginia Circuit Court Clerk's Office. This the 6th day of January 2016 Time 10:42 A. M.

TESTE: Uma Buse

Clerk, Deputy Clerk

A COPY, TESTE:
TAMMY B. ALLISON, CLERK OF THE
CIRCUIT COURT OF TAZEWELL COUNTY
BY: Uma Buse

DEPUTY CLERK

## SEARCH INVENTORY AND RETURN

The following items, and no others, were seized under authority of this WARRANT:

1. 1 SPIRAL NOTE BOOK
2. 4 loose LEAF PAPER various drawings
3. 1 Folded  Blue Poster.
4.
5.
6.
7.                                    LAST ITEM
8.
9.
10.
11.
12.

The statement above is true and accurate to the best of my knowledge and belief.

.....1/6/2016.....
DATE

_____
EXECUTING OFFICER

Subscribed and sworn before me this day

1-6-16
DATE

_____
[X] CLERK   [ ] MAGISTRATE   [ ] JUDGE

**FOR NOTARY PUBLIC'S USE ONLY:**

State of .................................   [ ] City  [ ] County of .........................

Acknowledged, subscribed and sworn to before me this ............ day of ......................., 20 ...........

.........................................
NOTARY REGISTRATION NUMBER

.........................................
NOTARY PUBLIC
(My commission expires: .......................)

---

### EXECUTION

Executed by searching the within described place, person or thing.

1/5/2016        1610
DATE AND TIME EXECUTED

LT M.D. Brown
EXECUTING OFFICER

Certified to    Tazewell County

Circuit Court on  1/6/2016
DATE

LT M.D. Brown
EXECUTING OFFICER

Received [X] in person  [ ] by certified mail
[ ] by electronically transmitted facsimile

on  1-6-16
DATE

by: _____
CLERK OF CIRCUIT COURT

---

FORM DC-339 (MASTER, PAGE TWO OF TWO) 01/09

# AFFIDAVIT FOR SEARCH WARRANT

Commonwealth of Virginia      VA. CODE § 19.2-54

The undersigned Applicant states under oath:

1. A search is requested in relation to an offense substantially described as follows:
   § 18.2-85 Manuracture, possession, use, etc of fire bombs or explosives.

☐ CONTINUED ON ATTACHED SHEET

2. The place, person or thing to be searched is described as follows:
   Locker 673 located  within Richlands High School located at 138 Torando Alley in Richlands Virginia.  The locker is cream in color and is assigned to Cole Alexader Carini, this is verified with the school staff members.

☐ CONTINUED ON ATTACHED SHEET

3. The things or persons to be searched for are described as follows:
   Any items of contraband, documentation, instructions, drawings, educational articles and research in reguards to the manufacture of explosives devices. These items may include but not limitied to:  common instrust research and histroical events.   Items that could be used to make an explosive device.  These items can include but not limited:  black powder, blasting caps, any electic or non-electric wiring or components, any commerical or non-commerical explosives, any other components that can be using the manufacture of explosive devices.

☐ CONTINUED ON ATTACHED SHEET

(OVER)

FORM DC-338 (MASTER, PAGE ONE OF TWO) 7/08

---

CASE NO.

## AFFIDAVIT FOR
## SEARCH WARRANT

APPLICANT:

Michael Brown
NAME

Lieutenant/Detective
TITLE (IF ANY)

315 School Street
ADDRESS

Tazewell VA

Certified to Clerk of

_Tazewell_ Circuit Court
CITY OR COUNTY

on _01/05/19_
DATE

_Magistrate_ _[signature]_
TITLE                SIGNATURE

Original Delivered    ☐ in person   ☐ by certified mail
                      ☑ by electronically transmitted facsimile

to Clerk of _Tazewell_ Circuit Court
CITY OR COUNTY WHERE EXECUTED

_Magistrate_ _[signature]_
TITLE                SIGNATURE

Complete only if different from above:

Original Delivered    ☐ in person   ☐ by certified mail
                      ☐ by electronically transmitted facsimile

to Clerk of _____ Circuit Court
CITY OR COUNTY WHERE EXECUTED

_____   _____
TITLE                SIGNATURE

4.  The material facts constituting probable cause that the search should be made are:
    During the follow-up investigation of an incident that occurred on Jan 1, 2016; in which a 19 year old suspect was arrested for the above code section, the school resource officer and principal conducted a check of the students locker and discovered some documents that are discribed in paragraph 3. They immediately cease their examination and contacted this detective.

□ CONTINUED ON ATTACHED SHEET

5.  The object, thing or person searched for constitutes evidence of the commission of such offense.

6.  ☒  I have personal knowledge of the facts set forth in this affidavit OR

    ☒  I was advised of the facts set forth in this affidavit in whole or in part, by an informer.  This informer's credibility or the reliability of the information may be determined from the following facts:

    . Officer Stan Lambert is the school resource officer for Richlands High School and has been assigned to these duties for the past 7 years.  He is a certified police office and has received training in evidence identification and preservation.

□ CONTINUED ON ATTACHED SHEET

The statements above are true and accurate to the best of my knowledge and belief.

_____
Lietuenant
TITLE OF APPLICANT

_____
APPLICANT

Subscribed and sworn to before me this day.

01|05|16 at 3:15pm
DATE AND TIME

_____
□ CLERK   ☑ MAGISTRATE   □ JUDGE

FORM DC-338 (MASTER, PAGE TWO OF TWO) 5/07

# WARRANT OF ARREST – FELONY

COMMONWEALTH OF VIRGINIA    Va. Code § 19.2-71, -72

**Tazewell**
_____
CITY OR COUNTY

[x] General District Court  [x] Criminal  [ ] Traffic
[ ] Juvenile and Domestic Relations District Court

## TO ANY AUTHORIZED OFFICER:

You are hereby commanded in the name of the Commonwealth of Virginia forthwith to arrest and bring the Accused before this Court to answer the charge that the Accused, within this city or county, on or about **01/01/2016** .................. did unlawfully and feloniously in violation of Section

**18.2-85** ........................................................., Code of Virginia:

manufacture, transport, distribute, possess, or use a fire bomb or explosive materials or devices.

I, the undersigned, have found probable cause to believe that the Accused committed the offense charged, based on the sworn statements of

**Lt. Brown, TCSO**
_____, Complainant.

01/01/2016 10:29 PM
_____
DATE AND TIME ISSUED

[ ] CLERK  [x] MAGISTRATE  [ ] JUDGE
D. L. Hughes

**CCRE is Required**
FORM DC-312 (MASTER, PAGE ONE OF TWO) 10/13

---

CASE NO.

ACCUSED:

**Carini, Cole Alexander**
LAST NAME, FIRST NAME, MIDDLE NAME

**190 Holy Rd**
ADDRESS/LOCATION

**Richlands, VA**

COMPLETE DATA BELOW IF KNOWN

| RACE | SEX | BORN | | | HT. | | WGT. | EYES | HAIR |
|------|-----|------|------|------|------|------|------|------|------|
| | | MO. | DAY | YR. | FT. | IN. | | | |
| W | M | 08/16/1996 | | | 6' | 02" | 220 | BRO | BLK |

SSN                  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

D.L.#                               STATE

[ ] Commercial Driver's License

**CLASS  5     FELONY**

[/] EXECUTED by arresting the Accused named above on this day:

1/1/2016    2231
_____
DATE AND TIME OF SERVICE

Lt Mike Brown
_____, Arresting Officer

2504 | TCSO
_____
BADGE NO., AGENCY AND JURISDICTION

for  B.L. Hieatt  Sheriff
_____
SHERIFF

Attorney for the Accused:

Short Offense Description (not a legal definition):
**BOMB/EXPLOSIVE: CREATE, POSSESS, OR USE**

Offense Tracking Number:
**185GM1600000042**

FOR ADMINISTRATIVE USE ONLY
Virginia Crime Code: **ARS-2016-F5**

Hearing Date/Time

**F**

**FELONY**