UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ABINGDON

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | Case No. 1:20-cr-00015 |
| ) | |
| COLE CARINI ) | |

## UNITED STATES' UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING

The United States, by counsel, moves this Court to continue the sentencing hearing currently scheduled for 10:00 a.m. on June 25, 2021. At the sentencing hearing, the government intends to offer testimony from Jack Barrow, Ph.D., who is the FBI Forensic Examiner who examined items seized from Carini's residence. Dr. Barrow has been deployed to the country of Colombia to investigate a bombing that occurred on or about June 15, 2021, and which targeted U.S. citizens. Dr. Barrow has been deployed since shortly after the bombing occurred, but the government expected that he would be available for Mr. Carini's sentencing hearing on June 25th. As of today, however, it appears that Dr. Barrow will not be available for the sentencing hearing because of his deployment to Colombia and the associated obligations. Accordingly, the government respectfully moves the Court to continue the sentencing hearing in this case.

The government has conferred with John Stanford, counsel for Mr. Carini, and Mr. Stanford has indicated that he does not object to a continuance.

Date: June 24, 2021

Respectfully submitted,

DANIEL P. BUBAR

Acting United States Attorney

*s/ Whitney D. Pierce*
Zachary T. Lee
VSB No. 47087
Whitney D. Pierce
VSB No. 82520
Assistant United States Attorneys
U.S. Attorney's Office
180 West Main Street, Suite B19
Abingdon, Virginia 24210
276-628-4161
276-628-7399 (fax)
USAVAW.ECFAbingdon@usdoj.gov

2

## **CERTIFICATE**

I hereby certify that I caused a true and correct copy of the foregoing to be filed using CM/ECF which will deliver notice and a copy of such filing to counsel for the defendant.

DATE: June 24, 2021.

*s/ Whitney D. Pierce*
Whitney D. Pierce
Assistant United States Attorney