✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

| WESTERN | DISTRICT OF | VIRGINIA |
|---|---|---|

| UNITED STATES OF AMERICA | EXHIBIT AND WITNESS LIST |
|---|---|
| V. | |
| COLE CARINI | Case Number: 1:20CR00015-001 |

| PRESIDING JUDGE<br>James P. Jones, USDJ | PLAINTIFF'S ATTORNEY<br>Whit Pierce, Zachary T. Lee | DEFENDANT'S ATTORNEY<br>John T. Stanford, AFPD |
|---|---|---|
| TRIAL DATE (S)<br>7/21/2021 | COURT REPORTER<br>Donna Prather, OCR | COURTROOM DEPUTY<br>Lottie Lunsford |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | |
|---|---|---|---|---|---|---|
| 1 | | 7/21/2021 | Yes | Yes | Photo - Bedroom of Cole Carini | Micah Childers |
| 2 | | 7/21/2021 | Yes | Yes | Photo - Bedroom of Cole Carini | Micah Childers |
| 3 | | 7/21/2021 | Yes | Yes | Photo - Bedroom of Cole Carini - Wall / Whiteboard | Micah Childers |
| 4 | | 7/21/2021 | Yes | Yes | Photo - Formula for HMTD | Micah Childers |
| 5 | | 7/21/2021 | Yes | Yes | Photo - CPVC pipe with hole (photo of drawing exhibit 6) | Dr. Jason Barrow |
| 6 | | 7/21/2021 | Yes | Yes | Drawing by defendant of tube with a priming hole | Dr. James Barrow |
| 7 | | 7/21/2021 | Yes | Yes | Photo - plasitc flip top container with electricial wires and residue of HMTD | Dr. James Barrow |
| 8 | | 7/21/2021 | Yes | Yes | X-ray of plastic container / residue | Dr. James Barrow |
| 9 | | 7/21/2021 | Yes | Yes | Photo - plastic tube wrapped with tape / wires | Dr. James Barrow |
| 10 | | 7/21/2021 | Yes | Yes | Photo - container wrapped with several layers of tape / wires | Dr. James Barrow |
| 11 | | 7/21/2021 | Yes | Yes | Photo - section of CPVC pipe / blast damage | Dr. James Barrow |
| 12 | | 7/21/2021 | Yes | Yes | Photo - taped pouch filed with BB's | Dr. James Barrow |
| 13 | | 7/21/2021 | Yes | Yes | Photo - BB's in pouch container ( exh 12) | Dr. James Barrow |
| 14 | | 7/21/2021 | Yes | Yes | Photos - notebooks of defendant | Dr. James Barrow |
| 15 | | 7/21/2021 | Yes | Yes | Drawing of pressure cooker device | Dr. James Barrow |
| 16 | | 7/21/2021 | Yes | Yes | Photo - disasembled pressure cooker device | Dr. James Barrow |
| 17 | | 7/21/2021 | Yes | Yes | Photo - disassembled pressure cooker device / BB's / CPVC Pipes | Dr. James Barrow |
| 18 | | 7/21/2021 | Yes | Yes | Photo - pressure cooker device / tubes filed with white powder TATP | Dr. James Barrow |
| 19 | | 7/21/2021 | Yes | Yes | Photo of x-ray - pressure cooker before disassemble showig BB's pouch/other | Dr. James Barrow |
| 20 | | 7/21/2021 | Yes | Yes | CD - Video examples of damage by similar explosive devices | Dr. James Barrow |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of   1   Pages