

Exhibit #6

