


Exhibit #14